UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In Re:  Ashley Marie Gjovik,
        Debtor

Chapter: 7
Case No: 25−11496
Judge Christopher J. Panos

## PRO SE FILER NOTICE

It appears from the records of the Court that you have filed a case without an attorney representing you, which means you are "pro se." While individuals can file a bankruptcy case without an attorney, it is difficult to do so successfully. Bankruptcy has long−term financial and legal consequences, and hiring a competent attorney is strongly recommended.

You may obtain information about the bankruptcy process and the filing requirements by going to the Court's website at www.mab.uscourts.gov and selecting the *Bankruptcy Information* and the *Debtor Information* tabs from the menu. Here you will find the *Bankrutpcy Video Series* along with other valuable information to assist you.

If you wish to obtain legal advice, resources for contacting the local bar associations may be found on the Court's website at www.mab.uscourts.gov/mab/obtaining−legal−advice−bankruptcy−case or by contacting the Clerk's office at any of the offices list below.

**Boston Office:**
United States Bankruptcy Court
John. W. McCormack
Post Office and Court House
5 Post Office Square
Suite 1150
Boston, MA 02109−3945
(617) 748−5300

**Worcester Office:**
United States Bankruptcy Court
Donohue Federal Building
595 Main Street
Worcester, MA 01608−2076
(508) 770−8900

**Springfield Office:**
United States Bankruptcy Court
United States Courthouse
300 State Street, Suite 220
Springfield, MA 01105−2925
(413) 785−6900

Please note, Clerk's office employees are permitted to answer questions of a procedural nature only and are prohibited from providing legal advice.

**WOULD YOU LIKE TO RECEIVE COURT NOTICES SOONER BY E−MAIL INSTEAD OF REGULAR MAIL?**

Instructions for creating a **Free** Debtor's Electronic Bankruptcy Notice (DeBN) account, and printing and filing the PDF fillable Requst can be found www.mab.uscourts.gov/mab/debn−information.

Date:7/22/25

By the Court,

Mary P. Sharon
Clerk, U.S. Bankruptcy Court