United States Bankruptcy Court

District of Massachusetts

| | |
|---|---|
| In re: | Case No. 25-11496-cjp |
| Ashley Marie Gjovik | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0101-1 | User: admin | Page 1 of 1 |
| Date Rcvd: Jul 22, 2025 | Form ID: prosentc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 24, 2025:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/PDF: ashleymgjovik@protonmail.com | Jul 22 2025 22:27:00 | Ashley Marie Gjovik, 18 Worcester Square, Apt 1, Boston, MA 02118-2945 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 22, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Mark G. DeGiacomo | mdegiacomo@harrisbeachmurtha.com<br>MA42@ecfcbis.com;jbabula@harrisbeachmurtha.com;lmulvehill@harrisbeachmurtha.com |
| Richard King - B | USTPRegion01.BO.ECF@USDOJ.GOV |

TOTAL: 2

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:   Ashley Marie Gjovik ,<br>              Debtor | Chapter: 7<br>Case No: 25−11496<br>Judge Christopher J. Panos |

**PRO SE FILER NOTICE**

It appears from the records of the Court that you have filed a case without an attorney representing you, which means you are "pro se." While individuals can file a bankruptcy case without an attorney, it is difficult to do so successfully. Bankruptcy has long−term financial and legal consequences, and hiring a competent attorney is strongly recommended.

You may obtain information about the bankruptcy process and the filing requirements by going to the Court's website at www.mab.uscourts.gov and selecting the *Bankruptcy Information* and the *Debtor Information* tabs from the menu. Here you will find the *Bankrutpcy Video Series* along with other valuable information to assist you.

If you wish to obtain legal advice, resources for contacting the local bar associations may be found on the Court's website at www.mab.uscourts.gov/mab/obtaining−legal−advice−bankruptcy−case or by contacting the Clerk's office at any of the offices list below.

○ **Boston Office:**
United States Bankruptcy Court
John. W. McCormack
Post Office and Court House
5 Post Office Square
Suite 1150
Boston, MA 02109−3945
(617) 748−5300

○ **Worcester Office:**
United States Bankruptcy Court
Donohue Federal Building
595 Main Street
Worcester, MA 01608−2076
(508) 770−8900

○ **Springfield Office:**
United States Bankruptcy Court
United States Courthouse
300 State Street, Suite 220
Springfield, MA 01105−2925
(413) 785−6900

Please note, Clerk's office employees are permitted to answer questions of a procedural nature only and are prohibited from providing legal advice.

---

**WOULD YOU LIKE TO RECEIVE COURT NOTICES SOONER BY E−MAIL INSTEAD OF REGULAR MAIL?**

Instructions for creating a **Free** Debtor's Electronic Bankruptcy Notice (DeBN) account, and printing and filing the PDF fillable Requst can be found  www.mab.uscourts.gov/mab/debn−information.

---

Date:7/22/25

By the Court,


Mary P. Sharon
Clerk, U.S. Bankruptcy Court

4