Certificate Number: 15504-MA-DE-039964880

Bankruptcy Case Number: 25-11496



15504-MA-DE-039964880

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 10, 2025, at 3:51 o'clock PM EDT, Ashley Marie Gjovik completed a course on personal financial management given by internet by Cambridge Credit Counseling Corp., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of Massachusetts.

Date:   August 11, 2025          By:    /s/Maria Gomez

                                 Name:  Maria Gomez

                                 Title: Credit Counselor