United States Bankruptcy Court

District of Massachusetts

| | |
|---|---|
| In re: | Case No. 25-11496-cjp |
| Ashley Marie Gjovik | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0101-1     User: admin     Page 1 of 2
Date Rcvd: Aug 13, 2025     Form ID: adintccl     Total Noticed: 9

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 21011446 | + | Apple Inc, Attention; Apple Payment Services, 10355 N. De Anza Blvd, Cupertino, CA 95014-2027 |
| 21011447 | + | Boston Medical, Attention: Billing/Insolvency, One Boston Medical Center Place, Boston, MA 02118-2908 |
| 21011443 | | JPMorgan Chase Bank, N.A., Mail Code LA4-7100, Monroe, LA 71203 |
| 21011448 | + | Tremont Dental Care, Attention: Billing/Insolvency, 635 Tremont St., Boston, MA 02118-1346 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/PDF: ashleymgjovik@protonmail.com | Aug 13 2025 22:41:00 | Ashley Marie Gjovik, 18 Worcester Square, Apt 1, Boston, MA 02118-2945 |
| 21011449 | + | EDI: MAXMSAIDV | Aug 14 2025 02:37:00 | Aidvantage- U.S. Department of Education, Attention: Bankruptcy Discharge, P.O. Box 9635, Wilkes-Barre, PA 18773-9635 |
| 21011444 | + | EDI: BANKAMER | Aug 14 2025 02:37:00 | Bank of America, Attention; Billing/Insolvency, PO Box 672050, Dallas, TX 75267-2050 |
| 21011445 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Aug 13 2025 22:41:00 | Goldman Sachs Bank USA, Salt Lake City Branch, Lockbox 6112, P.O. Box 7247, Philadelphia, PA 19170-0001 |
| 21011451 | + | Email/Text: edbknotices@ecmc.org | Aug 13 2025 22:41:00 | U.S. Department of Education, Attention: Bankruptcy Discharge, 400 Maryland Avenue, SW, Washington, DC 20202-0001 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2025      Signature:     /s/Gustava Winters

| District/off: 0101-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 13, 2025 | Form ID: adintccl | Total Noticed: 9 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Mark G. DeGiacomo | mdegiacomo@harrisbeachmurtha.com<br>MA42@ecfcbis.com;jbabula@harrisbeachmurtha.com;lmulvehill@harrisbeachmurtha.com |
| Richard King - B | USTPRegion01.BO.ECF@USDOJ.GOV |

TOTAL: 2

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In Re:  Ashley Marie Gjovik,
        Debtor

Chapter: 7
Case No: 25−11496
Judge Christopher J. Panos

## NOTICE TO CREDITORS TO FILE CLAIMS

It now appears that there may be sufficient funds to pay a dividend to unsecured creditors. The size of the dividend will depend on the claims that are filed and allowed. To participate in any distribution you must file a claim with the **OFFICE OF THE CLERK**, in one of the following locations.

- United States Bankruptcy Court
  John W. McCormack Post Office and Court House
  5 Post Office Square, Suite 1150
  Boston, MA 02109−3945

- United States Bankruptcy Court
  211 Donohue Federal Building
  595 Main Street
  Worcester, MA 01608−2076

- United States Bankruptcy Court
  United States Courthouse
  300 State Street, Suite 220
  Springfield, MA 01105−2925

A proof of claim form ("Official Form 410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office.

NO DIVIDEND CHECK LESS THAN $5.00 WILL BE ISSUED.

The last day of filing a claim is **11/12/25**

For further information, please contact the Trustee:

Mark G. DeGiacomo
Mark G. Degiacomo, Trustee
Harris Beach Murtha Cullina PLLC
33 Arch Street, 12th Floor
Boston, MA 02110
617−457−4000

Date:8/13/25

Mary P. Sharon
Clerk, U.S. Bankruptcy Court