**Fill in this information to identify your case:**

Debtor 1    Ashley Marie Gjovik

       First Name        Middle Name        Last Name

Debtor 2

(Spouse, if filing)    First Name        Middle Name        Last Name

United States Bankruptcy Court for the:   District of Massachusetts

Case number    25-11496

       (If known)

☑ Check if this is an amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

| Part 1: | Summarize Your Assets |
| --- | --- |

|  | **Your assets**<br>Value of what you own |
| --- | --- |
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B* .......... | $ 0.00 |
| 1b. Copy line 62, Total personal property, from *Schedule A/B* .......... | $ 14,574.00 |
| 1c. Copy line 63, Total of all property on *Schedule A/B* .......... | $ 14,574.00 |

| Part 2: | Summarize Your Liabilities |
| --- | --- |

|  | **Your liabilities**<br>Amount you owe |
| --- | --- |
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D* .......... | $ 0.00 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* .......... | $ 0.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* .......... | + $ 154,345.59 |
| **Your total liabilities** | $ 154,345.59 |

| Part 3: | Summarize Your Income and Expenses |
| --- | --- |

| 4. *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I* .......... | $ 0.00 |
| 5. *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J* .......... | $ 4,720.00 |

| Debtor 1 | Ashley Marie Gjovik | | | Case number *(if known)* 25-11496 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

**Part 4:   Answer These Questions for Administrative and Statistical Records**

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☑ Yes

7. **What kind of debt do you have?**

   ☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. From the *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

   $ 4,204.00

9. Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 81,237.85 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f.  Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 81,237.85 |

Fill in this information to identify your case:

Debtor 1    _Ashley    Marie    Gjovik_
           First Name      Middle Name      Last Name

Debtor 2
(Spouse, if filing)   First Name      Middle Name      Last Name

United States Bankruptcy Court for the:    District of _MA_

Case number    _25-11496_
(If known)

☑ Check if this is an
  amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes. Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _(signature)_                    X _____
Signature of Debtor 1                 Signature of Debtor 2

Date _08/19/2025_                  Date _____
     MM / DD / YYYY                      MM / DD / YYYY

**Ashley M. Gjovik, JD**
*In Propria Persona*
(415) 964-6272
ashleymgjovik@protonmail.com
Boston, MA

# United States Bankruptcy Court

## District of Massachusetts

In Re:

Ashley M. Gjovik,

Debtor.

Chapter 7 Case No: 25–11496

Judge Christopher J. Panos

Amended
Official Form 106
Schedule A/B Q. 30 & 33,
Official Form 107 Part 4,
& Form 106 Summary

Rule 1009
August 19 2025

(Addendum to Prior Filed
versions at Dkt. 1, 11)

# Amended Official Forms 106A/B & 107

1.     I, Ashley Marie Gjovik, hereby amend my prior filed "Official Form 106 – Schedule A/B" (Questions 30 and 33)  and "Official Form 107" (Parts 4 and 10) at Dkt. 1 for case 25-11496 as follows.

2.     Additional cases have been opened since the prior amendment, and additional material claims have revealed, or arisen, or have been identified requiring disclosures for completeness and to facilitate the Estates analysis of next steps.

3.     The initial Schedule A/B Question 30 asks "other amounts someone owes you" and Debtor amends to add and clarify the following in addition to the prior entry of "unpaid wages and benefits (see open litigation)".

- 7/21 106AB No. 30: unpaid wages and benefits from Apple Inc and Northeastern University.

- 7/21 106AB No. 30 inc. from 107: compensatory, consequential, and other damages from Apple Inc for cases noted in Form 107 Parts 4 and 10.

- 7/21 106AB No. 30 inc. from 107: compensatory, consequential, and other damages from City of Santa Clara for cases noted in Form 107 Parts 4 and 10.

- 7/21 106AB No. 30 inc. from 107: compensatory, consequential, and other damages from Kalil Jenab for cases noted in Form 107 Parts 4 and 10.

- 7/21 106AB No. 30 inc. from 107: compensatory, consequential, and other damages from Northeastern University for cases noted in Form 107 Part 4.

- 8/4 106AB No. 30: compensatory, consequential, and other damages from ~~Debtor's landlords~~ (Seeratt Dutt and Alex Matses) under landlord/tenant, real property, and false claims laws.

    i. **8/19 Amendment**: clarification that the landlord and property owner is Seeratt Dutt. Alex Matses is partner/relative but is not

on the deed and is not party to the lease, but is also liable under civil/criminal, tort, fraud, and related claims. The building HOA may also be partially/joint liable for some torts.

Schedule A/B Question 33 and Form 107 Part 4 and 10 are also incorporated here.

4.    The initial Schedule A/B Question 33 asks "Claims against third parties…" and Debtor amends to add and clarify the following in addition to the prior entry of "see open litigation section.")

- 7/21 106AB No. 33 inc. from 107 Part 4: compensatory, consequential, and other damages from Apple Inc for cases noted in Form 107.

- 7/21 106AB No. 33 inc. from 107 Part 4: compensatory, consequential, and other damages from Northeastern University for cases noted in Form 107.

- 7/21 106AB No. 33 inc. from 107 Part 4 & 10: Environmental Claims against Apple, City of Santa Clara, and Kalil Jenab (to be filed on or around Sept. 1 2025)

- 8/4  106AB No. 33: New claims have arisen subsequent to the initial bankruptcy filing. The new claims represent potential landlord/tenant, real property, and/or false claims (Mass. General Laws Chapter 93A) litigation against Seeratt Dutt and Alex Matses (re: 18 Worcester Sq., Boston, MA). **8/19 Amendment:** the conduct giving rise to the claim started in Sept. 2023 and is continuing, and also includes tort, personal injury, and criminal law claims. For the sake of completeness, the claims may also include civil claims against the building HOA or HOA Trustee, and/or Charles Construction.

- 8/4 106AB No. 33: For the sake of completeness this would also include a False Claims or related citizen-type criminal/fraud enforcement action against Northeastern University. This would also include crime victim restitution and whistleblower claims.

- 8/4 106AB No. 33: For the sake of completeness this would also include

environmental claims against Northeastern University related to asbestos and lead exposure.

- 8/4 106AB No. 33: For the sake of completeness this would also include civil whistleblower, labor, and/or employment litigation against Northeastern University.

- 8/4 106AB No. 33: For the sake of completeness this would also include toxic tort and/or premise liability and/or landlord/tenant claims against The Irvine Company (re: Santa Clara Square, Santa Clara, CA)

- 8/4 106AB No. 33: For the sake of completeness this would also include toxic tort and/or premise liability claims against GI Partners / CalSTRS. (re: 825 Stewart Drive / TRW Microwave Superfund, Sunnyvale, CA).

- 8/4 106AB No. 33: For the sake of completeness this would also include toxic tort and/or premise liability and/or CERCLA-related claims against Northrop Grumman (re: 825 Stewart Drive / TRW Microwave Superfund, Sunnyvale, CA).

- 8/4 106AB No. 33: For the sake of completeness this would also include toxic tort and/or premise liability and/or CERCLA-related claims against Kalil Jenab (re: Synertek Superfund site, Santa Clara, CA).

- 8/4 106AB No. 33: For the sake of completeness this would also include medical malpractice and medical-related legal compliance claims against Apple Inc (a.k.a. Apple Wellness Center, a.k.a. A.C. Wellness).

- 8/4 106AB No. 33: For the sake of completeness this would also include consumer protection and financial compliance claims against Apple Inc (a.k.a. "Apple Card") and Goldman Sachs.

- 8/4 106AB No. 33: For the sake of completeness this would also include medical malpractice and/or other compliance claims against Boston Medical Center.

- 8/4 106AB No. 33: For the sake of completeness this would also include

landlord/tenant, toxic tort (lead, asbestos), and/or premise liability claims against Michael Gilhooly (Albany, NY).

- **8/19   106AB No. 33: Amendment:** This would also include a claim against Academia for consumer law, unjust enrichment, contract, and/or financial violations, including unlawful billing of the debtor.

- **8/19 106AB No. 33: Amendment:** This would also include a 42 U.S. Code § 1983 civil rights violation claim, 18 U.S.C. §§ 1961, and other misconduct claims, against the U.S. NLRB.

- **8/19 106AB No. 33: Amendment:** This would also include a 42 U.S. Code § 1983 civil rights violation claim, 18 U.S.C. §§ 1961, and other misconduct claims, against certain departments and employees of the U.S. EPA for conduct occurring in 2020-2024.

- **8/19 106AB No. 33: Amendment:** This would also include a 42 U.S. Code § 1983 civil rights violation claim, 18 U.S.C. §§ 1961, and other misconduct claims, against the U.S. Dept. of Labor for conduct occurring 2021-2024.

- **8/19 106AB No. 33: Amendment:** This would also include civil/tort, and/or criminal claims against Apple employees for actions in or around 2020-2022, including Tom Huynh, Kevin Sung, Dan West, David Powers, Yannick Bertolus, Ekelemchi Okpo, Jenna Waibel, Antonio Lagares, Aleks Kagramanov, "Joanna Appleseed," Christy Dehus, Sophi Jacobs, Ricky Mondello, Shantini Vyas, and DOES.

- **8/19 106AB No. 33: Amendment:** This would also include civil/tort, and/or criminal claims against Apple EH&S contractor related to 3250 Scott Blvd including ACT Environmental.

- **8/19 106AB No. 33: Amendment:** This would also include civil/tort, and/or criminal claims against Apple's external counsel or others at, or the law firms of, Orrick, Herrington & Sutcliffe; Morgan Lewis; O'Melveny & Myers; and McDermott Will & Emery for conduct

occurring 2021-current. This may also include other firms, or private
security companies, with identities not yet know.

- **8/19 106AB No. 33: Amendment:** This would also include civil/tort
  (defamation, false light, etc.), against New York Post, AppleInsider,
  Reuters, and 9-to-5 Mac for conduct occurring 2021-2025.

- **8/19 106AB No. 33: Amendment:** This would also include civil/tort
  against the persons ("DOES") behind certain social media accounts
  and Wikipedia updates including "Beezie Wacks," "Mel Nayer," and
  others listed in the civil complaint, if third party.

- **8/19 106AB No. 33: Amendment:** This would also include civil/tort,
  and/or criminal claims against Northeastern University's external
  counsel or others at, or the law firm of Seyfarth Shaw LLP.

- **8/19 106AB No. 33: Amendment:** This may also include potential
  funds in a closed checking and/or savings account with a prior OnPoint
  Credit Union in Oregon (recently identified but amount known).

Schedule A/B Question 30 and Form 107 Part 4 and 10 are also incorporated here.


5.    The initial Schedule A/B filing Question 30 references Official Form 107
Part 4 and Part 10 ("Legal Actions").  The initial Form 107 Part 4 and 10 Legal Actions
include and are also amended as follows:

- 7/21 107 Part 4 No. 9: Employment/Labor Claims against Apple Inc
  (including NLRB and civil litigation). 8/4 Amendment: For the sake of
  completeness, this should also include the pending U.S. Dept. of Labor
  adjudication pending ARB appellate ruling (*Ashley Gjovik v Apple
  Inc*, *2024-0060*).

- 7/21 107 Part 4 No. 9: Employment/Labor Claims against Northeastern
  University (including NLRB). 8/4 Amendment: For the sake of
  completeness, this will also include a NSF Whistleblower retaliation
  claim (case number TBD) seeking compensatory damages.

- 7/21 107 Part 10: Environmental Claims against Apple (including civil litigation and government enforcement)
    i. For clarity, the civil claim (no. 25-1) does include a request for compensatory damages.
    ii. For clarity, the government enforcement (no. 26-1) <u>would not</u> provide direct financial benefit to the Debtor.
    iii. For the sake of completeness, this would also include crime victim restitution.
    iv. **8/19 Amendment**: For the sake of completeness, this would also include whistleblower tips and rewards.
- 7/21 107 Part 4 No. 9: Environmental Claims against Apple, City of Santa Clara, and Kalil Jenab (to be filed on or around Sept. 1 2025). For clarity, this <u>does not</u> include a request for compensatory damages.
- 7/21 107 Part 10: Environmental Claims against Apple, City of Santa Clara, and Kalil Jenab (to be filed on or around Sept. 1 2025). For clarity, the Citizen Suit (no. 26-2) <u>would not</u> provide direct financial benefit to the Debtor.
- **107 Part 4 8/4 + 8/19 Amendment:** This  includes a landlord/tenant, real property, premise liability, tortious, criminal, and/or false claims lawsuit against Seeratt Dutt and/or Alex Matses and/or Charles Construction regarding 18 Worcester Sq. Existing government cases covering misconduct occurring back to Sept. 2023 include Boston ISD Case No. 848-712, 849-279; Boston Fire Dept. Case (PRA needed); Boston Building Dept. Case (TBA); Boston Police Department (Report No. [redacted]).

Schedule A/B Questions 30 and 33 are also incorporated here.


6.    **8/19 Amendment:** A list of open/pending litigation and adjudication, including appeals are listed here:

- *Ashley M. Gjovik v. Apple Inc.,* 23-cv-04597-EMC, N.D. Cal., 2023-
- *Ashley M. Gjovik v. Apple Inc.,* 24-6058, 9th Circuit Court of Appeals (2024-2025)
- *Ashley M. Gjovik v. Apple Inc.,* 25-2028, 9th Circuit Court of Appeals (2025-)
- *Ashley Gjovik v Apple Inc*, U.S. Dept. of Labor OALJ, 2024-CER-00001; *Ashley Gjovik v Apple Inc*, U.S. Dept. of Labor ARB, 2024-0060.
- *Apple Inc and Ashley Marie Gjovik*, U.S. NLRB, 32-CA-282142/32-CA-283161.
- *Apple Inc and Ashley Marie Gjovik*, U.S. NLRB, 32-CA-284441
- *Apple Inc and Ashley Marie Gjovik*, U.S. NLRB, 32-CA-284428
- *Apple Inc and Ashley Marie Gjovik*, U.S. NLRB, 01-CA-365726
- *Northeastern University and Ashley Gjovik,* U.S. NLRB, 01-CA-350371, 01-CA-342355
- *Ashley Gjovik v. Apple Inc,* RCI-CM-842830, California Dept. of Labor DIR (2021-), incorporated into the Apple civil litigation (23-cv-04597).
- Discrimination and retaliation complaints filed to U.S. EEOC and Cal. DFEH, incorporated into the Apple civil litigation (23-cv-04597).
- Boston ISD Case No. 848-712, 849-279; Boston Building & Fire Dept; Boston Police Dept.

7.    **8/19 Amendment:** A list of closed litigation and adjudication, and other misc. claims, related to the above litigation, is listed here:

- Apple Inc/Gjovik/9-3290-22-051, U.S. Department of Labor OSHA (2021-2024).
- Two withdrawn NLRB charges against Apple Inc. (01-CA-345931, 01-CA-332897).
- *Ashley M. Gjovik,* California Unemployment Insurance Appeals Board, Case No. 7253819, July 27 2022.
- Environmental and safety complaints about Apple filed to the U.S. EPA, California EPA (COMP-51794, etc.), California OSHA (160-1855100,

etc.), Santa Clara County Dept. of Env. Health, and Santa Clara Fire Department.

- Environmental and safety complaints about Northeastern University filed to U.S. EPA and the U.S. Dept. of Labor OSHA in Massachusetts.

- International claims against Apple that may still be open but which the Debtor has not received updates for some time include: Federal Commissioner for Data Protection and Freedom of Information (BfDI); Commission Nationale de l'Informatique et des Libertés (CNIL).

- Reports of Apple's financial and corporate misconduct to the U.S. SEC (16304-612-987-465, 16353-506-600-213) supporting the SOX and Dodd Frank whistleblower actions in the civil litigation (23-cv-04597), CFPB, DOJ Antitrust, Treasury, and FERC.

- Police reports filed to the Santa Clara Police Department, Boston Police Department, and Federal Bureau of Investigation (FBI complaints assumed to be closed due to apparent inaction).

- *Gjovik v. the State of Washington,* 2:22-cv-00807 (W.D. Wash. 2022) + associated FBI complaints.

- *[redacted] v. Gjovik,* No. 22-2-03849-7 SEA, 2022 WL 4541046, (Wash. Super. Ct. Sep. 26, 2022)

- International claims include: European Commission, European Data Protection Supervisor; UK Data Protection Information Commissioner's Office; Office of the Privacy Commissioner of Canada; Ireland's Data Protection Commission.


8.    No corrections are needed to the information previously noted on these forms as filed on July 21 2025 and Aug. 4 2025, and this information only supplements those filings.

9.    Creditors listed with legal claims or potential legal against them are Apple, Goldman Sachs, and Boston Medical Center.

10.    I declare under penalty of perjury under the laws of the United States of America, and in compliance with Fed.R.Bankr.P. Rule 9011, that the foregoing is true and correct. Executed on August 19 2025 in Boston, Massachusetts.

Respectfully submitted,

**/s/ Ashley M. Gjovik**
*Pro Se / In Propria Persona*
18 Worcester Square, Apt 1
Boston, MA 02118
Dated: August 19 2025

# Exhibit: Prior Filings

Fill in this information to identify your case:

Debtor 1 __Ashley Marie Gjovik_____
                First Name            Middle Name            Last Name

Debtor 2 _____
(Spouse, if filing)    First Name            Middle Name            Last Name

United States Bankruptcy Court for the:  District of Massachusetts

Case number  __25-11496_____
                (If known)

☑ Check if this is an amended filing

# Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct
information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file
your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:    Summarize Your Assets

|  |  | **Your assets**<br>Value of what you own |
|---|---|---|
| 1. *Schedule A/B: Property* (Official Form 106A/B) | | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B* ............................................... | $ | 0.00 |
| 1b. Copy line 62, Total personal property, from *Schedule A/B*..................................... | $ | 14,574.00 |
| 1c. Copy line 63, Total of all property on *Schedule A/B* ............................................. | $ | 14,574.00 |

### Part 2:    Summarize Your Liabilities

|  |  | **Your liabilities**<br>Amount you owe |
|---|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | | |
| 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D* ............ | $ | 0.00 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*.............................................. | $ | 0.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* ..................................... | + $ | 154,345.59 |
| **Your total liabilities** | $ | 154,345.59 |

### Part 3:    Summarize Your Income and Expenses

|  |  |  |
|---|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I* ......................................... | $ | 0.00 |
| 5. *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J* ............................................... | $ | 4,720.00 |

| Debtor 1 | Ashley Marie Gjovik | | | Case number *(if known)* | 25-11496 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

**Part 4:    Answer These Questions for Administrative and Statistical Records**

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☑ Yes

7. **What kind of debt do you have?**

   ☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. From the *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

   $ _____ 4,204.00

9. Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:

| | Total claim |
|---|---|
| **From Part 4 on *Schedule E/F*, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | $_____ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $_____ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $_____ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $_____ 81,237.85 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $_____ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | **+** $_____ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $_____ 81,237.85 |

---

Fill in this information to identify your case:

Debtor 1    Ashley Marie Giovile
            First Name        Middle Name        Last Name

Debtor 2
(Spouse, if filing)    First Name        Middle Name        Last Name

United States Bankruptcy Court for the:        District of MA

Case number    25-11496
(if known)

 Check if this is an amended filing

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes.    Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _____
Signature of Debtor 1

Date 8/4/2025
     MM / DD / YYYY

X _____
Signature of Debtor 2

Date _____
     MM / DD / YYYY

**Ashley M. Gjovik, JD**
*In Propria Persona*
(415) 964-6272
ashleymgjovik@protonmail.com
Boston, MA

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF MASSACHUSETTS

IN RE:

ASHLEY M. GJOVIK,

DEBTOR.

CHAPTER 7 CASE NO: 25–11496

Judge Christopher J. Panos

AMENDED
OFFICIAL FORM 106
SCHEDULE A/B Q. 30 & 33,
OFFICIAL FORM 107 PART 4,
& FORM 106 SUMMARY

RULE 1009

(ADDENDUM TO PRIOR FILED
VERSION)

# AMENDED OFFICIAL FORMS 106A/B & 107

1.    I, Ashley Marie Gjovik, hereby amend my prior filed "Official Form 106 – Schedule A/B" (Questions 30 and 33)  and "Official Form 107" (Parts 4 and 10) at Dkt. 1 for case 25-11496 as follows.

2.    The initial Schedule A/B Question 30 asks "other amounts someone owes you" and Debtor amends to add and clarify the following in addition to the prior entry of "unpaid wages and benefits (see open litigation)".

- 7/21 106AB No. 30: unpaid wages and benefits from Apple Inc and Northeastern University.
- 7/21 106AB No. 30 inc. from 107: compensatory, consequential, and other damages from Apple Inc for cases noted in Form 107 Parts 4 and 10.
- 7/21 106AB No. 30 inc. from 107: compensatory, consequential, and other damages from City of Santa Clara for cases noted in Form 107 Parts 4 and 10.
- 7/21 106AB No. 30 inc. from 107: compensatory, consequential, and other damages from Kalil Jenab for cases noted in Form 107 Parts 4 and 10.
- 7/21 106AB No. 30 inc. from 107: compensatory, consequential, and other damages from Northeastern University for cases noted in Form 107 Part 4.
- 8/4 106AB No. 30 **Amendment**: compensatory, consequential, and other damages from Debtor's landlords (Seeratt Dutt and Alex Matses) under landlord/tenant, real property, and false claims laws.

Schedule A/B Question 33 and Form 107 Part 4 and 10 are also incorporated here.

3.    The initial Schedule A/B Question 33 asks "Claims against third parties…" and Debtor amends to add and clarify the following in addition to the prior entry of "see open litigation section.")

- 7/21 106AB No. 33 inc. from 107 Part 4: compensatory, consequential,

and other damages from Apple Inc for cases noted in Form 107.

- 7/21 106AB No. 33 inc. from 107 Part 4: compensatory, consequential, and other damages from Northeastern University for cases noted in Form 107.

- 7/21 106AB No. 33 inc. from 107 Part 4 & 10: Environmental Claims against Apple, City of Santa Clara, and Kalil Jenab (to be filed on or around Sept. 1 2025)

- 8/4 106AB No. 33: **New Potential Claim**

    i. **Amendment**: new claims have arisen subsequent to the initial bankruptcy filing. The new claims represent potential landlord/tenant, real property, and/or false claims (Mass. General Laws Chapter 93A) litigation against Seeratt Dutt and Alex Matses (re: 18 Worcester Sq., Boston, MA).

- 8/4 106AB No. 33: **Amendment**

    i. **Amendment**: For the sake of completeness this would also include a False Claims or related citizen-type criminal/fraud enforcement action against Northeastern University. This would also include crime victim restitution and whistleblower claims.

- 8/4 106AB No. 33: **Amendment**

    i. **Amendment**: For the sake of completeness this would also include environmental claims against Northeastern University related to asbestos and lead exposure.

- 8/4 106AB No. 33: **Amendment**

    i. **Amendment**: For the sake of completeness this would also include civil whistleblower, labor, and/or employment litigation against Northeastern University.

- 8/4 106AB No. 33: **Amendment**

    i. **Amendment**: For the sake of completeness this would also include toxic tort and/or premise liability and/or landlord/tenant

claims against The Irvine Company (re: Santa Clara Square, Santa Clara, CA)

- 8/4 106AB No. 33: **Amendment**
  i. **Amendment**: For the sake of completeness this would also include toxic tort and/or premise liability claims against GI Partners / CalSTRS. (re: 825 Stewart Drive / TRW Microwave Superfund, Sunnyvale, CA).

- 8/4 106AB No. 33: **Amendment**
  i. **Amendment**: For the sake of completeness this would also include toxic tort and/or premise liability and/or CERCLA-related claims against Northrop Grumman (re: 825 Stewart Drive / TRW Microwave Superfund, Sunnyvale, CA).

- 8/4 106AB No. 33: **Amendment**
  i. **Amendment**: For the sake of completeness this would also include toxic tort and/or premise liability and/or CERCLA-related claims against Kalil Jenab (re: Synertek Superfund site, Santa Clara, CA).

- 8/4 106AB No. 33: **Amendment**
  i. **Amendment**: For the sake of completeness this would also include medical malpractice and medical-related legal compliance claims against Apple Inc (a.k.a. Apple Wellness Center, a.k.a. A.C. Wellness).

- 8/4 106AB No. 33: **Amendment**
  i. **Amendment**: For the sake of completeness this would also include consumer protection and financial compliance claims against Apple Inc (a.k.a. "Apple Card") and Goldman Sachs.

- 8/4 106AB No. 33: **Amendment**
  i. **Amendment**: For the sake of completeness this would also include medical malpractice and/or other compliance claims

against Boston Medical Center.

- 8/4 106AB No. 33: **Amendment**

    i. **Amendment**: For the sake of completeness this would also include landlord/tenant, toxic tort (lead, asbestos), and/or premise liability claims against Michael Gilhooly (Albany, NY).

Schedule A/B Question 30 and Form 107 Part 4 and 10 are also incorporated here.

4.   The initial Schedule A/B filing Question 30 references Official Form 107 Part 4 and Part 10 ("Legal Actions").

5.   The initial Form 107 Part 4 and 10 Legal Actions include and are also amended as follows:

- 7/21 107 Part 4 No. 9: Employment/Labor Claims against Apple Inc (including NLRB and civil litigation)

    i. 8/4 **Amendment**: For the sake of completeness, this should also include the pending U.S. Dept. of Labor adjudication pending ARB appellate ruling (*Ashley Gjovik v Apple Inc*, *2024-0060*).

- 7/21 107 Part 4 No. 9: Employment/Labor Claims against Northeastern University (including NLRB)

    i. 8/4 **Amendment**: For the sake of completeness, this will also include a NSF Whistleblower retaliation claim (case number TBD) seeking compensatory damages.

- 7/21 107 Part 10: Environmental Claims against Apple (including civil litigation and government enforcement)

    i. For clarity, the civil claim (no. 25-1) does include a request for compensatory damages.

    ii. For clarity, the government enforcement (no. 26-1) <u>would not</u> provide direct financial benefit to the Debtor.

    iii. For the sake of completeness, this would also include crime victim restitution.

- 7/21 107 Part 4 No. 9: Environmental Claims against Apple, City of

Santa Clara, and Kalil Jenab (to be filed on or around Sept. 1 2025).

    i. For clarity, this <u>does not</u> include a request for compensatory damages.

- 7/21 107 Part 10: Environmental Claims against Apple, City of Santa Clara, and Kalil Jenab (to be filed on or around Sept. 1 2025).

    i. For clarity, the Citizen Suit (no. 26-2) <u>would not</u> provide direct financial benefit to the Debtor.

- 8/4 107 Part 4 Amendment: **<span style="color:red">New Anticipated Claim</span>**

    i. **<span style="color:red">Amendment</span>**: for the sake of completeness, this will also likely include a landlord/tenant and/or false claims lawsuit against Seeratt Dutt and Alex Matses.

Schedule A/B Questions 30 and 33 are also incorporated here.

    6. No corrections are needed to the information previously noted on these forms as filed on July 21 2025.

    7. I declare under penalty of perjury under the laws of the United States of America, and in compliance with Fed.R.Bankr.P. Rule 9011, that the foregoing is true and correct. Executed on August 4 2025 in Boston, Massachusetts.


Respectfully submitted,


_____

**/s/ Ashley M. Gjovik**
*Pro Se / In Propria Persona*
18 Worcester Square, Apt 1
Boston, MA 02118
Dated: August 4 2025

# EXHIBIT:

**JULY 21 2025 FILING**

**Fill in this information to identify your case and this filing:**

Debtor 1 _Ashley Marie Gjovik_
First Name   Middle Name   Last Name

Debtor 2
(Spouse, if filing) First Name   Middle Name   Last Name

United States Bankruptcy Court for the: _____ District of _MA_

Case number _____

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property                                              12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**
   ☑ No. Go to Part 2.
   ☐ Yes. Where is the property?

**1.1.** _____
Street address, if available, or other description

n/a

_____
_____
City            State   ZIP Code

_____
County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **Current value of the portion you own?**
$_____          $_____

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
_____

☐ Check if this is community property (see instructions)

If you own or have more than one, list here:

**1.2.** _____
Street address, if available, or other description

n/a

_____
_____
City            State   ZIP Code

_____
County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **Current value of the portion you own?**
$_____          $_____

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
_____

☐ Check if this is community property (see instructions)

Debtor 1  *Ashley Marie Gjovik*

First Name   Middle Name   Last Name

Case number (if known) _____

**1.3.**

Street address, if available, or other description

_____

_____

City                State    ZIP Code

*Na*

County

_____

**What is the property?** Check all that apply.

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $_____ | $_____ |

**Describe the nature of your ownership interest** (such as fee simple, tenancy by the entireties, or a life estate), if known.

_____

☐ **Check if this is community property** (see instructions)

**2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.** .................➔   $ *0*

---

**Part 2:** **Describe Your Vehicles**

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

**3.** **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

- ☑ No      *(disabled, cannot operate motor vehicles)*
- ☐ Yes

**3.1.** Make: _____

Model: _____

Year: _____

Approximate mileage: _____

Other information:

_____

**Who has an interest in the property?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $_____ | $_____ |

If you own or have more than one, describe here:

**3.2.** Make: _____

Model: _____

Year: _____

Approximate mileage: _____

Other information:

_____

**Who has an interest in the property?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $_____ | $_____ |

Debtor 1  Ashley Marie Grouix
    First Name   Middle Name   Last Name           Case number *(if known)*_____

**3.3.** Make: _____
Model: _____
Year: _____
Approximate mileage: _____
Other information:

*N/a*

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?  Current value of the portion you own?
$_____  $_____

**3.4.** Make: _____
Model: _____
Year: _____
Approximate mileage: _____
Other information:

*N/a*

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?  Current value of the portion you own?
$_____  $_____

**4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
☑ No
☐ Yes

**4.1.** Make: _____
Model: _____
Year: _____
Other information:

*N/a*

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?  Current value of the portion you own?
$_____  $_____

If you own or have more than one, list here:

**4.2.** Make: _____
Model: _____
Year: _____
Other information:

*N/a*

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?  Current value of the portion you own?
$_____  $_____

**5.** Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here ........................................➔ $⊘

Debtor 1   *Ashley Marie Grant*
    First Name   Middle Name   Last Name

Case number *(if known)* _____

| Part 3: | Describe Your Personal and Household Items |

Do you own or have any legal or equitable interest in any of the following items?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**6. Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No
☑ Yes. Describe......... couch, chairs, desk, bed, dresser, kitchenware, dishes/glasses, pots/pans, silverware, books

$ ~2,000

**7. Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No
☑ Yes. Describe......... Computer, stereo, printer, scanner, cell phone, microscope, alarm clock, camera, record player, shredder

$ ~1,500

**8. Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☑ No
☐ Yes. Describe.........

$ 0

**9. Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☑ No
☐ Yes. Describe.........

$ 0

**10. Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☑ No
☐ Yes. Describe.........

$ 0

**11. Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
☑ Yes. Describe......... clothing, shoes, boots, jackets, accessories, purses/bags

$ ~3,000

**12. Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No
☑ Yes. Describe......... jewelry, watches, keepsakes

$ ~200

**13. Non-farm animals**
*Examples:* Dogs, cats, birds, horses

☐ No
☑ Yes. Describe......... dog (family member)

$ n/a

**14. Any other personal and household items you did not already list, including any health aids you did not list**

☐ No
☑ Yes. Give specific information......... medical, art, other

$ ~200

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here .................** ➔

$ 6,900

Debtor 1    Ashley Marie Gjovik
            First Name   Middle Name   Last Name

Case number (if known)_____

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**16. Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☑ Yes ....................................................................................................   Cash: .................   $ **8**

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes .....................          Institution name:

| | | |
|---|---|---|
| 17.1. Checking account: | JP Morgan Chase | $ 490 |
| 17.2. Checking account: | Discover | $ 3319 |
| 17.3. Savings account: | ~~Bank of~~ Discover | $ 20 |
| 17.4. Savings account: | | $ |
| 17.5. Certificates of deposit: | | $ |
| 17.6. Other financial account: | Venmo | $ 399 |
| 17.7. Other financial account: | Paypal | $ 413 |
| 17.8. Other financial account: | | $ |
| 17.9. Other financial account: | | $ |

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes ................          Institution or issuer name:

$ 0
$ 0
$ 0

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No
☑ Yes. Give specific information about them........................

Name of entity:                                         % of ownership:

A.M. Gjovik Consulting LLC       100%    %       $ 0
                                                0%      %       $
                                                0%      %       $

Debtor 1 _Ashlee Marie Grant_
   First Name    Middle Name    Last Name

Case number (if known)_____

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No

☐ Yes. Give specific
information about
them......................

| | Issuer name: | | |
|---|---|---|---|
| | _____ | $ | 0 |
| | _____ | $ | 0 |
| | _____ | $ | 0 |

**21. Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No

☐ Yes. List each
account separately.

| Type of account: | Institution name: | | |
|---|---|---|---|
| 401(k) or similar plan: | _____ | $ | 0 |
| Pension plan: | _____ | $ | 0 |
| IRA: | _____ | $ | 0 |
| Retirement account: | _____ | $ | 0 |
| Keogh: | _____ | $ | 0 |
| Additional account: | _____ | $ | 0 |
| Additional account: | _____ | $ | 0 |

**22. Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
companies, or others

☐ No

☑ Yes..........................

| | Institution name or individual: | | |
|---|---|---|---|
| Electric: | _____ | $ | 0 |
| Gas: | _____ | $ | 0 |
| Heating oil: | _____ | $ | 0 |
| Security deposit on rental unit: | _____ | $ | 2,625 |
| Prepaid rent: | _____ | $ | 0 |
| Telephone: | _____ | $ | 0 |
| Water: | _____ | $ | 0 |
| Rented furniture: | _____ | $ | 0 |
| Other: | _____ | $ | 0 |

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No

☐ Yes..........................

| | Issuer name and description: | | |
|---|---|---|---|
| | _____ | $ | 0 |
| | _____ | $ | 0 |
| | _____ | $ | 0 |

Debtor 1  _Ashley Marie Gjovik_

First Name   Middle Name   Last Name

Case number (if known)_____

---

**24.** Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No

☐ Yes ................................. Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

_____   $ _____0_____
_____   $ _____0_____
_____   $ _____0_____

**25.** Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit

☑ No

☐ Yes. Give specific information about them....   $ _____0_____

**26.** Patents, copyrights, trademarks, trade secrets, and other intellectual property
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☐ No

☑ Yes. Give specific information about them....   domain names + websites (ashleygjovik.com, gjovik.co, whistleblower.org, whatsinthecair.org, evilmegacorps.org)   $ _____400_____

**27.** Licenses, franchises, and other general intangibles
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No

☐ Yes. Give specific information about them....   $ _____0_____

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**28.** Tax refunds owed to you

☑ No

☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years. ......................

Federal:   $ _____0_____
State:   $ _____0_____
Local:   $ _____0_____

**29.** Family support
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No

☐ Yes. Give specific information..............

Alimony:   $ _____0_____
Maintenance:   $ _____0_____
Support:   $ _____0_____
Divorce settlement:   $ _____0_____
Property settlement:   $ _____0_____

**30.** Other amounts someone owes you
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☐ No

☑ Yes. Give specific information..............   unpaid wages + benefits (see open litigation)

TBD
$386K/year
$ sept 2021 → current
w/ interest
+ benefits

Debtor 1  *Ashley Marie Geralk*

First Name   Middle Name   Last Name

Case number (if known) _____

**31. Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☑ No

☐ Yes. Name the insurance company
of each policy and list its value. ...

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| | | $ 0 |
| | | $ 0 |
| | | $ 0 |

**32. Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☑ No

☐ Yes. Give specific information.............    $ 0

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☐ No

☑ Yes. Describe each claim. ..................    *see open litigation section*    $ TBD

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☐ No

☑ Yes. Describe each claim. ..................    *counterclaims + reg for student loan forgivess*    $ TBD

**35. Any financial assets you did not already list**

☑ No

☐ Yes. Give specific information............    $ 0

**36.** Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here ....................................    → | $ 7,674 |

---

**Part 5:    Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

**37. Do you own or have any legal or equitable interest in any business-related property?**

☑ No. Go to Part 6.

☐ Yes. Go to line 38.

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**38. Accounts receivable or commissions you already earned**

N/a   ☐ No

☐ Yes. Describe.......    $ 0

**39. Office equipment, furnishings, and supplies**

*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

N/a   ☐ No

☐ Yes. Describe.......    $ 0

---

Debtor 1     _Ashley Marie Grjavik_

First Name    Middle Name    Last Name        Case number *(if known)* _____

**40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No

☐ Yes. Describe........                              $ _____

**41. Inventory**

☑ No

☐ Yes. Describe.......                              $ _____

**42. Interests in partnerships or joint ventures**

☑ No

☐ Yes. Describe.......

| Name of entity: | % of ownership: | |
|---|---|---|
| _____ | _____ % | $ _____ |
| _____ | _____ % | $ _____ |
| _____ | _____ % | $ _____ |

**43. Customer lists, mailing lists, or other compilations**

☑ No

☐ Yes. Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?

     ☐ No

     ☐ Yes. Describe........                    $ _____

**44. Any business-related property you did not already list**

☑ No

☐ Yes. Give specific
information ..........

     _____   $ _____

     _____   $ _____

     _____   $ _____

     _____   $ _____

     _____   $ _____

     _____   $ _____

**45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached
for Part 5. Write that number here** ...................................................................................... →   $ _____

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|

If you own or have an interest in farmland, list it in Part 1.

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.

☐ Yes. Go to line 47.

**Current value of the
portion you own?**
Do not deduct secured claims
or exemptions.

**47. Farm animals**
*Examples:* Livestock, poultry, farm-raised fish

☑ No

☐ Yes .........................                          $ _____

Debtor 1  Ashley Marie Gjovik

First Name    Middle Name    Last Name

Case number *(if known)*_____

48. Crops—either growing or harvested
   ☑ No
   ☐ Yes. Give specific
   information. ............    $ _____0_____

49. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade
   ☑ No
   ☐ Yes. ......................    $ _____0_____

50. Farm and fishing supplies, chemicals, and feed
   ☑ No
   ☐ Yes. ......................    $ _____0_____

51. Any farm- and commercial fishing-related property you did not already list
   ☑ No
   ☐ Yes. Give specific
   information. ............    $ _____0_____

52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached
   for Part 6. Write that number here ...................................................................➔    $ _____0_____

---

**Part 7:**    **Describe All Property You Own or Have an Interest in That You Did Not List Above**

53. Do you have other property of any kind you did not already list?
   *Examples:* Season tickets, country club membership
   ☑ No
   ☐ Yes. Give specific
   information. ............    $ _____0_____
                              $ _____0_____
                              $ _____0_____

54. Add the dollar value of all of your entries from Part 7. Write that number here ...........................➔    $ _____0_____

---

**Part 8:**    **List the Totals of Each Part of this Form**

55. Part 1: Total real estate, line 2 ...................................................................➔    $ _____0_____

56. Part 2: Total vehicles, line 5    $ _____0_____

57. Part 3: Total personal and household items, line 15    $ 6,900

58. Part 4: Total financial assets, line 36    $ 7,674

59. Part 5: Total business-related property, line 45    $ _____0_____

60. Part 6: Total farm- and fishing-related property, line 52    $ _____0_____

61. Part 7: Total other property not listed, line 54    + $ _____0_____

62. Total personal property. Add lines 56 through 61. ..................    $ 14,574    Copy personal property total ➔   + $ 14,574

63. Total of all property on Schedule A/B. Add line 55 + line 62. ...................................................    $ 14,574

# EXHIBIT:

**JULY 21 2025 FILING**

Fill in this information to identify your case:

Debtor 1    *Ashley Marie Gjovik*
First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing)    First Name    Middle Name    Last Name

United States Bankruptcy Court for the: _____ District of MA

Case number
(If known)    _____

☐ Check if this is an
amended filing

## Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy

04/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Give Details About Your Marital Status and Where You Lived Before

1. What is your current marital status?

   ☐ Married
   ☑ Not married

2. During the last 3 years, have you lived anywhere other than where you live now?

   ☐ No
   ☑ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| _____ Number    Street | From _____ To _____ | _____ Number    Street | From _____ To _____ |
| _____ City    State  ZIP Code | | _____ City    State  ZIP Code | |
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| _____ Number    Street | From _____ To _____ | _____ Number    Street | From _____ To _____ |
| _____ City    State  ZIP Code | | _____ City    State  ZIP Code | |

3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory? (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☑ No
   ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2:    Explain the Sources of Your Income

Debtor 1    _Ashley Marie Groud_                    Case number (if known)_____
           First Name    Middle Name    Last Name

---

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and<br>exclusions) | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and<br>exclusions) |
| From January 1 of current year until the date you filed for bankruptcy:<br>2025 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ 0 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ |
| For last calendar year:<br>(January 1 to December 31, 2024) | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ 81,945 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ |
| For the calendar year before that:<br>(January 1 to December 31, 2023) | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business<br>(LLC Consulting) | $ 23730 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ |

5. **Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No
☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Describe below. | Gross income from<br>each source<br>(before deductions and<br>exclusions) | Sources of income<br>Describe below. | Gross income from<br>each source<br>(before deductions and<br>exclusions) |
| From January 1 of current year until the date you filed for bankruptcy:<br>2025 | Unemployment | $ 28,377 | | $ |
| | | $ | | $ |
| For last calendar year:<br>(January 1 to December 31, 2024) | Unemployment | $ 5,255 | | $ |
| | | $ | | $ |
| | | $ | | $ |
| For the calendar year before that:<br>(January 1 to December 31, _____) | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |

Debtor 1 _____Ashley Marue Gjocke_____          Case number *(if known)* _____
          First Name    Middle Name    Last Name

| Part 3: | List Certain Payments You Made Before You Filed for Bankruptcy |

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ **No.** Neither Debtor 1 nor Debtor 2 has primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $8,575* or more?

☐ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $8,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.

☑ **Yes. Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.

☑ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| Thumsen Reuters<br>Creditor's Name | 6/26/25 | $ 875.98 | $ 0 | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☑ Other Westlaw access |
| 2900 Ames Crossing Rd<br>Number    Street | | | | |
| Eagan, MN 55121<br>City        State        ZIP Code | | | | |
| _____<br>Creditor's Name | | $_____ | $_____ | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |
| _____<br>Number    Street | | | | |
| _____<br>City        State        ZIP Code | | | | |
| _____<br>Creditor's Name | | $_____ | $_____ | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |
| _____<br>Number    Street | | | | |
| _____<br>City        State        ZIP Code | | | | |

Debtor 1    Ashley Marie Gjovik
    First Name    Middle Name    Last Name

Case number *(if known)*_____

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☑ No
☐ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| Insider's Name | _____ | $_____ | $_____ | |
| Number    Street | | | | |
| | | | | |
| City    State    ZIP Code | | | | |
| Insider's Name | | $_____ | $_____ | |
| Number    Street | | | | |
| | | | | |
| City    State    ZIP Code | | | | |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☑ No
☐ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|
| Insider's Name | _____ | $_____ | $_____ | |
| Number    Street | | | | |
| | | | | |
| City    State    ZIP Code | | | | |
| Insider's Name | | $_____ | $_____ | |
| Number    Street | | | | |
| | | | | |
| City    State    ZIP Code | | | | |

Debtor 1 ___Ashley Mone Greed___    Case number *(if known)*_____
           First Name   Middle Name   Last Name

---

**Part 4:    Identify Legal Actions, Repossessions, and Foreclosures**

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☐ No
   ☑ Yes. Fill in the details.

| Nature of the case | Court or agency | Status of the case |
|---|---|---|
| Case title: Ashley Gjovik / Apple Inc. | Violates of NLRA 8(a)(1) + 8(a)(4) (retaliatory/ wrongful term) | Court Name: US NLRB Regn 21 / Number, Street: 312 N Spring St 10th Fl / City: LA, State: CA, ZIP Code: 90012 | ☑ Pending / ☐ On appeal / ☐ Concluded / complaint filed |
| Case number: 32-CA-282142 / 32-CA-283161 / 01-CA-368726 / 32-CA-284428 | | | |
| Case title: Ashley Gjovik + Northeast Charge | Violates of NLRA 8(a)(1) + 8(a)(4) (retaliatory + wrongful term) | Court Name: US NLRB Regn 1 / Number, Street: 10 Causeway St Rm 1002 / City: Boston, State: MA, ZIP Code: 02222 | ☑ Pending / ☐ On appeal / ☐ Concluded |
| Case number: 01-CA-343355 / 01-CA-350371 | | | |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ☑ No. Go to line 11.
    ☐ Yes. Fill in the information below.

| Describe the property | Date | Value of the property |
|---|---|---|
| Creditor's Name | _____ | $_____ |
| Number    Street | | |
| Explain what happened ☐ Property was repossessed. ☐ Property was foreclosed. ☐ Property was garnished. ☐ Property was attached, seized, or levied. | | |
| City    State    ZIP Code | | |

| Describe the property | Date | Value of the property |
|---|---|---|
| Creditor's Name | _____ | $_____ |
| Number    Street | | |
| Explain what happened ☐ Property was repossessed. ☐ Property was foreclosed. ☐ Property was garnished. ☐ Property was attached, seized, or levied. | | |
| City    State    ZIP Code | | |

---

Official Form 107    Statement of Financial Affairs for Individuals Filing for Bankruptcy    page 5

1/2

Debtor 1  *Ashley Marie Gjovik*

First Name    Middle Name    Last Name

Case number (if known) _____

## Part 4:  Identify Legal Actions, Repossessions, and Foreclosures

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☐ No
   ☑ Yes. Fill in the details.

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title: **Ashley Gjovik v Apple Inc** | **Whistleblower retaliation + labor violations (Tammy Clon, C.L.C 1105, 6310, + 98.7)** | **D.C, N.D. Cal** Court Name **450 Golden Gate Ave** Number Street **SF, CA, 94102** City State ZIP Code | ☑ Pending ☐ On appeal ☐ Concluded |
| Case number: **3:23-CV-04597** | | | |
| Case title: **Gjovik v Apple Santa Clara + Irab/cushup/weaper** | **US EPA Citizen suit (see pg 11)** | **DC, N.D. Cal.** Court Name **280 South 1st St rm 212** Number Street **San Jose CA 95113** City State ZIP Code | ☐ 15 six day notice ☐ Pending ☐ On appeal ☐ Concluded |
| Case number: **TBD (to file 9/1/25*)** | | | |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    *See 1/2*

    ☐ No. Go to line 11.
    ☐ Yes. Fill in the information below.

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| Creditor's Name | | | $ |
| Number Street | | | |
| | Explain what happened | | |
| | ☐ Property was repossessed. | | |
| City State ZIP Code | ☐ Property was foreclosed. ☐ Property was garnished. ☐ Property was attached, seized, or levied. | | |

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| Creditor's Name | | | $ |
| Number Street | | | |
| | Explain what happened | | |
| | ☐ Property was repossessed. | | |
| City State ZIP Code | ☐ Property was foreclosed. ☐ Property was garnished. ☐ Property was attached, seized, or levied. | | |

Debtor 1  Ashley Marie Gjovik

First Name    Middle Name    Last Name

Case number *(if known)* _____

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No
☐ Yes. Fill in the details.

| | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's Name | | | $ |
| Number    Street | | _____ | |
| City    State    ZIP Code | Last 4 digits of account number: XXXX–___ ___ ___ ___ | | |

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No
☐ Yes

---

**Part 5:    List Certain Gifts and Contributions**

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| | | | |
| Person to Whom You Gave the Gift | | _____ | $ |
| | | _____ | $ |
| Number    Street | | | |
| City    State    ZIP Code | | | |
| Person's relationship to you _____ | | | |

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| | | | |
| Person to Whom You Gave the Gift | | _____ | $ |
| | | _____ | $ |
| Number    Street | | | |
| City    State    ZIP Code | | | |
| Person's relationship to you _____ | | | |

Debtor 1 ___Ashley Marie Gipple___   Case number (if known)_____
First Name   Middle Name   Last Name

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| | | | $_____ |
| Charity's Name | | | $_____ |
| | | | |
| Number    Street | | | |
| City       State       ZIP Code | | | |

## Part 6:   List Certain Losses

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|
| | | | $_____ |

## Part 7:   List Certain Payments or Transfers

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☑ No
☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | | $_____ |
| Number    Street | | | $_____ |
| City       State       ZIP Code | | | |
| Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

Debtor 1  Ashley Marie Gjovik
 First Name   Middle Name   Last Name

Case number (if known) _____

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

Person Who Was Paid
_____

Number    Street
_____

_____

City            State    ZIP Code
_____

Email or website address
_____

Person Who Made the Payment, If Not You
_____

n/a

_____  $_____

_____  $_____

**17.** Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?
Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

Person Who Was Paid
_____

Number    Street
_____

City            State    ZIP Code
_____

n/a/

_____  $_____

_____  $_____

**18.** Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☑ No
☐ Yes. Fill in the details.

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

Person Who Received Transfer
_____

Number    Street
_____

_____

City            State    ZIP Code
_____

Person's relationship to you _____

Person Who Received Transfer
_____

Number    Street
_____

_____

City            State    ZIP Code
_____

Person's relationship to you _____

n/a

_____

_____

Debtor 1 _Ashley Marie Grouse_

First Name    Middle Name    Last Name

Case number *(if known)*_____

19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary? (These are often called *asset-protection devices*.)

☑ No
☐ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust _____ | *n/a* | _____ |
| _____ | | |

## Part 8: List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ No
☑ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| JPMChase Bank NA<br>Name of Financial Institution<br>PO Box 182051<br>Number   Street<br>Columbus OH 43218<br>City   State   ZIP Code | xxxx- 5 1 0 5 | ☐ Checking<br>☑ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | 2025 | $ 0 |
| JPM Chase Bank NA<br>Name of Financial Institution<br>PO Box 182.051<br>Number   Street<br>Columbus OH 43218<br>City   State   ZIP Code | xxxx- 5 9 0 4 | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | 2025 | $ 0 |

21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?

☑ No
☐ Yes. Fill in the details.

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| Name of Financial Institution _____<br>Number   Street _____<br>City   State   ZIP Code _____ | Name _____<br>Number   Street _____<br>City   State   ZIP Code _____ | | ☐ No<br>☐ Yes |

Debtor 1 ___Ashley Marie Gjovik___      Case number *(if known)*_____
First Name    Middle Name    Last Name

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ No
☐ Yes. Fill in the details.

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | ☐ No |
| | | | ☐ Yes |
| Name of Storage Facility | Name | | |
| Number   Street | Number   Street | | |
| City    State    ZIP Code | City State   ZIP Code | | |

---

### Part 9:   Identify Property You Hold or Control for Someone Else

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No
☐ Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| Owner's Name | | | $_____ |
| Number   Street | Number   Street | | |
| City    State    ZIP Code | City    State    ZIP Code | | |

---

### Part 10:   Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of site | Governmental unit | | _____ |
| Number   Street | Number   Street | | |
| City    State    ZIP Code | City    State   ZIP Code | | |

Debtor 1 __Ashley Marie Gojuk__
First Name   Middle Name   Last Name

Case number (if known)_____

**25. Have you notified any governmental unit of any release of hazardous material?**

1/2

☐ No
☑ Yes. Fill in the details.

| Name of site | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Apple Inc. | US EPA R9 | RCRA, CAA, CWA EPCRA, TSCA | 9/2020 6/2023 |
| 3250 Scott Blvd | 75 Hawthorne St | > 2023-2024 RCRA inspections | |
| CAR000278176 | SF CA 94105 | > in progress RCRA administrative | |
| Santa Clara CA 95054 | | enforcement action | |
| | | > 2024-2025 BAAQMD enforcement actions | |

Number  Street
City  State  ZIP Code

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

1/2

☐ No
☑ Yes. Fill in the details.

| Case title | Court or agency | Nature of the case | Status of the case |
|---|---|---|---|
| Ashley Gojuk v Apple Inc. | D.C. N.D. Cal 450 Golden Gate Ave SF, CA, 94102 | Civil, toxic torts ( 32 So Scott Blvd) Nuisance (private) Ultrahazardous activity VGD (fear of cancer) [ dismissed on SOL] | ☐ Pending ☑ On appeal ☐ Concluded |
| 3:23-cv-04597 | | | |

Case number

Court Name / Number  Street / City  State  ZIP Code

---

**Part 11:    Give Details About Your Business or Connections to Any Business**

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
☑ A member of a limited liability company (LLC) or limited liability partnership (LLP)
☐ A partner in a partnership
☐ An officer, director, or managing executive of a corporation
☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.
☐ Yes. Check all that apply above and fill in the details below for each business.

| Business Name | Describe the nature of the business | Employer identification number |
|---|---|---|
| AM Gojuk Consulting LLC | Consulting (single member) | Do not include Social Security number or ITIN. EIN: 88-2402989 |
| 2108 N ST | | Dates business existed |
| STE 4553 | Name of accountant or bookkeeper | From _____ To _____ |
| Sacramento CA 95816 | ( Self ) | |

Number  Street / City  State  ZIP Code

| Business Name | Describe the nature of the business | Employer identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. EIN: ___ - _____ |
| Number  Street | | Dates business existed |
| | Name of accountant or bookkeeper | From _____ To _____ |
| City  State  ZIP Code | | |

1/2

Debtor 1 _Ashley Mare Grave_
First Name    Middle Name    Last Name

Case number (if known) _____

**25. Have you notified any governmental unit of any release of hazardous material?**

2/2
- ☐ No
- ☑ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Apple Inc | USEPA R9 | CERCLA, CAA, CWA | 4/2021 – 8/2021 |
| Name of site | Governmental unit | | |
| @ 25 Stewart Dr | 75 Hawthorne St | | 8/19/2021 |
| Number  Street | Number  Street | | complete |
| CAD009159088 | SF  CA 94105 | | inspection |
| Sunnyvale CA 94085 | City  State  ZIP Code | | (CERCLA) |
| City  State  ZIP Code | | | |

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

2/2
- ☐ No
- ☑ Yes. Fill in the details.

| Case title | Court or agency | Nature of the case | Status of the case |
|---|---|---|---|
| Ashly Grave v Apple, | D.C., ND Cal | USEPA Citizen suit | ☐ Pending |
| City of Santa Clara + | Court Name | (3250 Scott Blvd) | ☐ On appeal |
| Jinab or CushmanWakefield | 280 S 1st St. Room 1112 | RCRA, CAA, CWA, | ☐ Concluded |
| to be filed ~ 9/1/25 | Number  Street | GPCRA, TSCA, + public | |
| Case number | San Jose CA 95113 | Nuisance. | |
| | City  State  ZIP Code | Sixty day notice on 6/30/2025 | |

(near Status: "860 day note")

---

**Part 11:    Give Details About Your Business or Connections to Any Business**

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

- ☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
- ☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)
- ☐ A partner in a partnership
- ☐ An officer, director, or managing executive of a corporation
- ☐ An owner of at least 5% of the voting or equity securities of a corporation

- ☐ No. None of the above applies. Go to Part 12.
- ☐ Yes. Check all that apply above and fill in the details below for each business.

pg 11
see 1 of 1

| | Describe the nature of the business | Employer identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| Business Name | | EIN: __ __ – __ __ __ __ __ __ __ |
| Number  Street | Name of accountant or bookkeeper | Dates business existed |
| City  State  ZIP Code | | From _____ To _____ |
| | Describe the nature of the business | Employer identification number |
| | | Do not include Social Security number or ITIN. |
| Business Name | | EIN: __ __ – __ __ __ __ __ __ __ |
| Number  Street | Name of accountant or bookkeeper | Dates business existed |
| City  State  ZIP Code | | From _____ To _____ |

Debtor 1 ___Ashley Marie Gicale___
First Name    Middle Name    Last Name

Case number (if known)_____

| | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| _____<br>Business Name | | EIN: __ __ – __ __ __ __ __ __ __ |
| _____<br>Number  Street | Name of accountant or bookkeeper | Dates business existed |
| _____ | | |
| _____<br>City        State    ZIP Code | | From _____ To _____ |

28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

☑ No

☐ Yes. Fill in the details below.

| | Date Issued |
|---|---|
| _____<br>Name | _____<br>MM / DD / YYYY |
| _____<br>Number    Street | |
| _____ | |
| _____<br>City          State    ZIP Code | |

## Part 12:  Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

✗ ___Ashley M. ___                    ✗ _____
Signature of Debtor 1                      Signature of Debtor 2

Date __7/21/2025__                     Date _____

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?

☐ No

☑ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes. Name of person_____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

# EXHIBIT:

## JULY 21 2025 FILING

Fill in this information to identify your case:

Debtor 1 _Ashley Marie Gjovik_
First Name   Middle Name   Last Name

Debtor 2
(Spouse, if filing) First Name   Middle Name   Last Name

United States Bankruptcy Court for the: _____ District of _MA_

Case number _____
(if known)

☐ Check if this is an
amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct
information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file
your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:   Summarize Your Assets

**Your assets**
Value of what you own

1. *Schedule A/B: Property* (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from *Schedule A/B* ..................................................... $ 0

   1b. Copy line 62, Total personal property, from *Schedule A/B* ............................................ $ 14,574

   1c. Copy line 63, Total of all property on *Schedule A/B* ..................................................... $ 14,574

### Part 2:   Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D* ............ $ 0

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* ............................ $ 0

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* ........................ + $ 154,345.59

   **Your total liabilities**   $ 154,345.59

### Part 3:   Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I* ................................................. $ 0

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J* ..................................................... $ 4720

Debtor 1   Ashley Marie Grove
         First Name   Middle Name   Last Name

Case number *(if known)*_____

| Part 4: | Answer These Questions for Administrative and Statistical Records |

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☑ Yes

7. **What kind of debt do you have?**

   ☑ Your debts are primarily consumer debts. *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ Your debts are not primarily consumer debts. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; OR, Form 122B Line 11; OR, Form 122C-1 Line 14.

   $ 4,204

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

   Total claim

   **From Part 4 on *Schedule E/F*, copy the following:**

   9a. Domestic support obligations (Copy line 6a.)     $ 0

   9b. Taxes and certain other debts you owe the government. (Copy line 6b.)     $ 0

   9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.)     $ 0

   9d. Student loans. (Copy line 6f.)     $ 81,237.85

   9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.)     $ 0

   9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.)     + $ 0

   9g. **Total.** Add lines 9a through 9f.     $ 81,237.85