**Ashley M. Gjøvik, JD**
*In Propria Persona*
(415) 964-6272
ashleymgjovik@protonmail.com
Boston, MA

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF MASSACHUSETTS

IN RE:

ASHLEY M. GJOVIK.

CHAPTER 7 CASE NO: 25–11496
A.P. NO. 25-01104

JUDGE CHRISTOPHER J. PANOS

DEBTOR'S MOTION FOR ORDER TO SHOW CAUSE AND SANCTIONS AGAINST CREDITOR APPLE INC.

CREDITOR NO. 21011446

PROOF OF SERVICE

FED. R. BANKR. P. RULE 9013

# CERTIFICATE & PROOF OF SERVICE

1. My name is Ashley Marie Gjovik. I am a self-represented Debtor in this above captioned matter. This is a Certificate and Proof of Service in **Debtor's Motion For Order To Show Cause And Sanctions Against Creditor Apple Inc.**

2. I hereby certify that a true and correct copy of this Motion with Declaration and Exhibits was filed to the Bankruptcy Court's electronic filing system via email to the Pro Clerk on August 28 2025.

3. I hereby certify that a true and correct copy of this Motion with Declaration and Exhibits was served upon Trustee Mark G. DeGiacomo via email (mdegiacomo@harrisbeachmurtha.com and jbabula@harrisbeachmurtha.com).

4. I hereby certify that Apple was served a true and correct copy of this Motion with Declaration and Exhibits via email to General Counsel Kate Adams at kate.adams@apple.com; and to Apple's Orrick, Herrington & Sutcliffe legal counsel: Ryan Booms rbooms@orrick.com, Jessica Perry jperry@orrick.com, Melinda Reichert mriechert@orrick.com, Kathryn Mantoan kmantoan@orrick.com on August 28 2025.

5. I hereby certify that Apple and the U.S Court are noticed via posting a true and correct copy of this Motion with Declaration and Exhibits to the federal docket for *Gjovik v. Apple Inc,* 3:23-cv-04597-EMC (N.D. Cal.) on August 28 2025 at Dkt. 252.

6. I hereby certify that Debtor's July 23 2025 Consumer Financial Protection Bureau whistleblower tip was provided a true and correct copy of this Motion with Declaration and Exhibits via email on August 28 2025.

7. I hereby certify that USPS mail service of Goldman Sachs Bank USA has been initiated and addressed to Salt Lake City Branch, Lockbox 6112, P.O. Box 7247, Philadelphia, PA 19170. Service is via USPS Priority Mail with Signature Service under tracking No. 9410 8301 0935 5005 7700 14.

8. I hereby certify that true and correct copies of proofs of the above service are attached as exhibits.

9. I declare under penalty of perjury under the laws of the United States of America, and in compliance with Fed.R.Bankr.P. Rule 9011, that the foregoing is true and correct.

Executed on August 28 2025 in Boston, Massachusetts.

Respectfully submitted,

*/s/* **Ashley M. Gjovik**
*In Propria Persona*
18 Worcester Square, Apt 1
Boston, MA 02118
Dated: August 28 2025

# Exhibits

# Service in Bankruptcy Case 25-11496: Debtor's Motion For Order To Show Cause and Sanctions Against Creditor Apple Inc.

| | |
|---|---|
| From | Ashley Gjovik <ashleymgjovik@protonmail.com> |
| To | Jennifer Babula<jbabula@harrisbeachmurtha.com>, Mark G. DeGiacomo<mdegiacomo@harrisbeachmurtha.com>, kate.adams@apple.com, Booms, Ryan<rbooms@orrick.com>, Mantoan, Kathryn G.<kmantoan@orrick.com>, Riechert, Melinda<mriechert@orrick.com>, Perry, Jessica R.<jperry@orrick.com>, Romero, Josette L.<jromero@orrick.com> |
| Date | Thursday, August 28th, 2025 at 1:44 PM |

Hello,

Today, August 28 2025, I efiled a Motion in Chapter 7 Bankruptcy case 25-11496 requesting a Motion For Order To Show Cause and Sanctions Against Creditor Apple Inc. (and possibly also Goldman Sachs Bank, leaving that to the court's discretion).

Due to local rules, I'm unable to file directly on PACER and instead have emailed the Pro Se Clerk and they will post it at some point.

I'm also serving you notice via email with the Motion, Declaration, Exhibits, and confirmation of efiling attached.

-Ashley

—

**Ashley M. Gjøvik**
BS, JD, PMP

Sent with [Proton Mail](#) secure email.

---

**7.00 MB**    12 files attached

- In Re Gjovik Apple Motion to Show Cause Declaration.pdf 88.85 KB
- Exhibit B Apple Debtor 341.pdf 219.31 KB
- Exhibit D CFPB Tip 20250723.pdf 250.86 KB
- EFILING 20250828.pdf 124.39 KB
- In Re Gjovik Apple Motion to Show Cause 20250828.pdf 250.59 KB
- Exhibit G Apple Orrick Ryan Booms.pdf 250.43 KB
- Exhibit E Apple Trustee Gjovik 20250825 Emails.pdf 535.48 KB
- Exhibit A Emails about Apple Card Trustee.pdf 387.04 KB
- Exhibit F Apple Card Twitter 20250721.pdf 826.02 KB
- Exhibit H 20250825 Apple CAND Filings Serve.pdf 830.29 KB
- Exhibit I CAND Dkt 250 Opposition to Motion to Stay.pdf 1.06 MB
- Exhibit C CFPB 2024.pdf 2.27 MB

# Pro Se filing in Bankruptcy Case 25-11496: Debtor's Motion For Order To Show Cause And Sanctions Against Creditor Apple Inc.

| | |
|---|---|
| From | Ashley Gjovik <ashleymgjovik@protonmail.com> |
| To | MABdb_Prose_Filings<prose_filings@mab.uscourts.gov> |
| Date | Thursday, August 28th, 2025 at 1:30 PM |

Hello,

I am the Debtor in Bankruptcy Case 25-11496 and I am filing a Motion.

Per local rules, I am efiling by emailing the Pro Se Clerk. Please note - because these are being concurrently filed with a civil case in the Northern District of California (*Gjovik v Apple,* 3:23-cv-04597), I will be immediately efiling on PACER copies of this email as proof of filing along with the attached documents.

**Filing**: Debtor's Motion For Order To Show Cause and Sanctions Against Creditor Apple Inc.

Apple Inc is Creditor no. 21011446.

A supporting Declaration and Exhibits (A-I) are attached.

Thank you,
-Ashley

—

**Ashley M. Gjøvik**
**BS, JD, PMP**

Sent with [Proton Mail](#) secure email.

---

**6.88 MB**   11 files attached

- Exhibit B Apple Debtor 341.pdf  219.31 KB
- Exhibit G Apple Orrick Ryan Booms.pdf  250.43 KB
- Exhibit D CFPB Tip 20250723.pdf  250.86 KB
- Exhibit A Emails about Apple Card Trustee.pdf  387.04 KB
- In Re Gjovik Apple Motion to Show Cause v3.pdf  250.59 KB
- Exhibit E Apple Trustee Gjovik 20250825 Emails.pdf  535.48 KB
- Exhibit H 20250825 Apple CAND Filings Serve.pdf  830.29 KB
- Exhibit F Apple Card Twitter 20250721.pdf  826.02 KB
- Exhibit I CAND Dkt 250 Opposition to Motion to Stay.pdf  1.06 MB
- Exhibit C CFPB 2024.pdf  2.27 MB
- In Re Gjovik Apple Motion to Show Cause Declaration.pdf  88.85 KB

## Activity in Case 3:23-cv-04597-EMC Gjovik v. Apple Inc. Notice (Other)

| | |
|---|---|
| From | ECF-CAND@cand.uscourts.gov <ECF-CAND@cand.uscourts.gov> |
| To | efiling@cand.uscourts.gov |
| Date | Thursday, August 28th, 2025 at 1:54 PM |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

**California Northern District**

### Notice of Electronic Filing

The following transaction was entered on 8/28/2025 at 10:54 AM and filed on 8/28/2025

| | |
|---|---|
| **Case Name:** | Gjovik v. Apple Inc. |
| **Case Number:** | 3:23-cv-04597-EMC |
| **Filer:** | Ashley M Gjovik |
| **Document Number:** | 252 |

**Docket Text:**
**NOTICE by Ashley M Gjovik re [250] Opposition/Response to Motion,** *Plaintiff/Debtors Motion For Order To Show Cause And Sanctions Against Creditor Apple Inc.* **(Attachments: # (1) Declaration, # (2) Certificate/Proof of Service, # (3) Exhibit, # (4) Exhibit, # (5) Exhibit, # (6) Exhibit, # (7) Exhibit, # (8) Exhibit, # (9) Exhibit, # (10) Exhibit, # (11) Exhibit)(Gjovik, Ashley) (Filed on 8/28/2025)**

**3:23-cv-04597-EMC Notice has been electronically mailed to:**

Ashley M Gjovik     ashleymgjovik@protonmail.com

Jessica Perry     jperry@orrick.com, tmcbride@orrick.com

Kathryn Grzenczyk Mantoan     kmantoan@orrick.com, vmorse@orrick.com

Melinda S. Riechert     mriechert@orrick.com, jromero@orrick.com

Ryan Booms     rbooms@orrick.com

**3:23-cv-04597-EMC Please see Local Rule 5-5; Notice has NOT been electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\fakepath\In Re Gjovik Apple Motion to Show Cause 20250828.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=8/28/2025] [FileNumber=22736030-0]
[24dda3691264707415473a8d559338cd3227084394b92010c5eea54ba10c2c33b45c

bceda47fb61ff78856ca083a6d695000b4549ab94a3958c86aa6b99f02cd]]

**Document description:**Declaration
**Original filename:**C:\fakepath\In Re Gjovik Apple Motion to Show Cause Declaration.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=8/28/2025] [FileNumber=22736030-1] [9fcd48bdea6b0b71a134320f51ab059e06c91ed49361442616318caf155a0162fa09681bb4dbf15136651796332414dee2c4f5fa4f66d7d4b5c95b7f3aba721c]]

**Document description:**Certificate/Proof of Service
**Original filename:**C:\fakepath\In Re Gjovik Apple Motion to Show Cause Service and Efiling.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=8/28/2025] [FileNumber=22736030-2] [5564ff7ccda35a796aba9fcbf498a29d40fbbee5516af4cdf18b1cf345bacf68c57843ff8bfe1078b44cf255c194e7542d89a79f84a71bda54b6bb8707223212]]

**Document description:**Exhibit
**Original filename:**C:\fakepath\Exhibit A Emails about Apple Card Trustee.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=8/28/2025] [FileNumber=22736030-3] [0a5c0d4bb74697b41a8e4d9f014a5394dfb4d00bb885187b1fc2536c93752800194d5f43f6150314249b97f19be34b1898db50559049dabc433d4d46dc9377c7]]

**Document description:**Exhibit
**Original filename:**C:\fakepath\Exhibit B Apple Debtor 341.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=8/28/2025] [FileNumber=22736030-4] [594180412fb104487c448043d0dc58bb66afc58944a37aecc858c5e91db3ec0c6646a11aebca72e19569f61cd58f6a2ab5ccb994035732367037383469230994e]]

**Document description:**Exhibit
**Original filename:**C:\fakepath\Exhibit C CFPB 2024.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=8/28/2025] [FileNumber=22736030-5] [a78f44feb7c10517ac4eb583b00e3ab1f0ed1d614a65b40d03be362f369dee47c14a26d912a4f6370379673314a155c980b8af60e55f1e59181a30a6ba75b60d]]

**Document description:**Exhibit
**Original filename:**C:\fakepath\Exhibit D CFPB Tip 20250723.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=8/28/2025] [FileNumber=22736030-6] [980d6895a2a59ca44ded6cb30cc4504ebf3901c243d15f6ef102a72452acb01e28939b02bf5b5e80a91d5f04d4e8a51718ab9a54cdf5312bea81e110a27064c5]]

**Document description:**Exhibit
**Original filename:**C:\fakepath\Exhibit E Apple Trustee Gjovik 20250825 Emails.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=8/28/2025] [FileNumber=22736030-7] [64e73fa5d9396abab72db55c1dd743522cdfade50f458ecef70cdbc9009722e93fcbe8c680e1425d56f4ae92e22b6f2be75eeb8ea46f43167f6f54b7d2f131b3]]

**Document description:**Exhibit
**Original filename:**C:\fakepath\Exhibit F Apple Card Twitter 20250721.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=8/28/2025] [FileNumber=22736030-8] [1ad8f97b0cbef9405242916fd3e378ec1a65c9eefed4e94621c69b1726a8527ce0656b98831dc427f39474520b90b87663b4f7db67d1215f000df47bd8128cf6]]

**Document description:**Exhibit
**Original filename:**C:\fakepath\Exhibit G Apple Orrick Ryan Booms.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=8/28/2025] [FileNumber=22736030-9] [4db84a736781bc0b4adb2dd9c1cc286120841ce147f35f32ce8396772f0aa2f4ea1a

8/28/25, 2:42 PM Case 25-11496 Doc 21 Filed 08/28/25 u6o2|as25ymg Entered 08/29/25 11:57:19 Desc Main
inkl@protonmail.proton.mail.
Document Page 9 of 12

f39d38335abd5f8ccf92d3cebec0541433717a73824b2321b732d141c705]]

**Document description:**Exhibit

**Original filename:**C:\fakepath\Exhibit H 20250825 Apple CAND Filings Serve.pdf

**Electronic document Stamp:**

[STAMP CANDStamp_ID=977336130 [Date=8/28/2025] [FileNumber=22736030-10

] [3dad843655c0e95331c3c7bc10f31ba2e7be0e1af5b6106a020a386d375922b43ab

83e611fc8a9dbb79fe6b37e4a876d4c880c67112061a0da97298a74da06c5]]

**Document description:**Exhibit

**Original filename:**C:\fakepath\Exhibit I CAND Dkt 250 Opposition to Motion to Stay.pdf

**Electronic document Stamp:**

[STAMP CANDStamp_ID=977336130 [Date=8/28/2025] [FileNumber=22736030-11

] [34277a206292d4820889b8583b9997b6648d577445419e2b981be2f9e51eca2c1b9

41fab7d69c5b6fe4671771ce66c1c9e69f2cae1aed2b62c73482ee1c29c3e]]





*Cut on dotted line.*

## Instructions

1. Please use a laser or laser-quality printer.

2. Adhere shipping label to package with tape or glue - DO NOT TAPE OVER BARCODE. Be sure all edges are secure. Self-adhesive label is recommended.

3. Place label so that it does not wrap around the edge of the package.

4. Each shipping label number is unique and can be used only once - DO NOT PHOTOCOPY.

5. Please use this shipping label on the "ship date" selected when you requested the label.

6. If a mailing receipt is required, present the article and Online e-Label Record at a Post Office for postmark.

| | 9410 8301 0935 5005 7700 14 | | |
|---|---|---|---|
| **Print Date:** 2025-08-28 | | **PRIORITY MAIL®** | $9.70 |
| **Ship Date:** 2025-08-28 | | **Extra Services:** | $3.95 |
| | | **Fees:** | $0.00 |
| | | **Total:** | $13.65 |

**From:** ASHLEY GJOVIK
18 WORCESTER SQ APT 1
BOSTON MA 02118-2945

**To:** GOLDMAN SACHS BANK USA, SALT LAKE CITY B
LOCKBOX 6112
PO BOX 7247
PHILADELPHIA PA 19170-0001

\* Commercial Pricing PRIORITY MAIL® rates apply. There is no fee for USPS Tracking® service on PRIORITY MAIL® service with use of this electronic rate shipping label. Refunds for unused postage paid labels can be requested online 30 days from the print date.

*Thank you for shipping with the United States Postal Service!*
*Check the status of your shipment on the USPS Tracking® page at usps.com*

# Re: CFPB Whistleblower Tip: Possible Fraudulent Statements Made by Apple & Goldman Sachs re: Apple Card Enforcement Action

| | |
|---|---|
| From | Ashley Gjovik <ashleymgjovik@protonmail.com> |
| To | whistleblower@cfpb.gov |
| Date | Thursday, August 28th, 2025 at 3:13 PM |

**Update to July 23, 2025 Whistleblower Tip - Additional Evidence of Apple Card Pre-Launch Employee Program and Related Misconduct**

Dear CFPB Enforcement Staff,

I am providing this update to my July 23, 2025 whistleblower tip regarding Apple Inc.'s unauthorized employee enrollment in the Apple Card program months before the August 2019 public launch, a launch that CFPB found was already premature.

**Background Recap:** In my original tip, I reported that Apple enrolled employees in the Apple Card "seed" or "beta" program starting in April 2019, approximately four months before the August 20, 2019 public launch. Your October 23, 2024 enforcement actions (File Nos. 2024-CFPB-0011 and 2024-CFPB-0012) found that Apple and Goldman Sachs launched the public program despite warnings on August 16, 2019 that the system "was not fully ready." My tip indicated the employee program predated even this premature public launch by several months.

**New Evidence and Developments:** I am attaching copies of federal court filings that provide additional evidence supporting my original tip and revealing a broader pattern of misconduct by Apple Inc. This Bankruptcy Court Motion for Order to Show Cause filed August 28, 2025 with attached exhibits documents Apple's attempts to manipulate bankruptcy procedures and U.S. Court proceedings in order to avoid accountability for the disputed Apple Card debt and related litigation. It also includes a copy of Apple's sworn filings to federal court, and my Opposition Brief, which details Apple's false statements about legal procedures and systematic interference with federal proceedings in an apparent attempt to obstruct further investigation into this topic, among other improper objectives.

**Request for Investigation:** I respectfully request CFPB review whether:

1. The April 2019 employee enrollment program violated additional consumer protection statutes beyond those addressed in your October 2024 enforcement actions
2. Apple's current conduct regarding disputed Apple Card debts constitutes ongoing violations
3. The employee "beta" program created undisclosed risks or obligations for participating employees

The attached federal court filings show Apple's continued attempts to avoid accountability for these practices, suggesting the original violations may warrant additional enforcement action.

Because I discussed this prior CFPB tip in my filings, I also noted I would provide service of a courtesy copy of these filings to the agency.

I remain available to provide additional information, evidence, and/or testimony as needed.

Respectfully,

Ashley M. Gjovik
ashleymgjovik@protonmail.com
(415) 964-6272

—

**Ashley M. Gjøvik
BS, JD, PMP**

Sent with Proton Mail secure email.

On Wednesday, July 23rd, 2025 at 1:03 PM, Ashley M. Gjøvik <ashleymgjovik@protonmail.com> wrote:

> Hello,

# CFPB Whistle Blower - AutoReply

| | |
|---|---|
| From | CFPB_WHISTLEBLOWER <CFPB_WHISTLEBLOWER@cfpb.gov> |
| To | Ashley Gjovik<ashleymgjovik@protonmail.com> |
| Date | Thursday, August 28th, 2025 at 3:16 PM |

Thank you for contacting CFPB. The information you provided may help inform CFPB's priorities and investigations.

Please be aware that we cannot take in privileged information, which is any information that you obtained through your role as an attorney for the company you are reporting.

If you contacted CFPB for assistance resolving an issue that affected you personally, please submit your complaint to our Consumer Response team at (855) 411-CFPB (2372) or http://www.consumerfinance.gov/complaint/.

If you perform work related to a bank or other consumer financial service provider and you report or object to a possible violation of consumer financial protection laws, you may be protected from employment retaliation. You have 180 days from the date of retaliation to submit a complaint to the Department of Labor. For further details, visit http://www.whistleblowers.gov/acts/dfa_1057.html.

Regards,

Consumer Financial Protection Bureau