UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) |
| ASHLEY MARIE GJOVIK, | ) CHAPTER 7 |
| | ) CASE NO. 25-11496-CJP |
| Debtor | ) |

### NOTICE OF CHAPTER 7 TRUSTEE'S INTENT TO ABANDON CLAIMS (SEERATT DUTT AND ALEX MATSES)

TO THE UNITED STATES TRUSTEE AND ALL OTHER PARTIES IN INTEREST:

PLEASE TAKE NOTICE that, pursuant to Section 554(a) of the United States Bankruptcy Code, Bankruptcy Rule 6007(a) and MLBR 6007-1, Mark G. DeGiacomo (the "Trustee"), the duly appointed Chapter 7 Trustee of the bankruptcy estate of Ashley Marie Gjovick (the "Debtor") intends to abandon his interest in all claims held by the Debtor against Seeratt Dutt ("Dutt") and Alex Matses ("Matses") (the "Claims"). The Trustee has determined that the Claims have inconsequential value and benefit to the Debtor's bankruptcy estate. The Trustee will abandon the Claims unless a creditor or other party in interest files a written objection to the proposed abandonment with the Clerk's Office of the United States Bankruptcy Court, John W. McCormack Courthouse and Post Office, 5 Post Office Square, Boston, MA 02109, and serves a copy of such objection on the undersigned within fourteen (14) days of the mailing of this notice. Objections not timely filed and served may be deemed waived.

In support of this Notice, the Trustee states as follows:

1. On July 21, 2025, Ashley Marie Gjovik (the "Debtor") filed a voluntary petition pursuant to Chapter 7 of the Bankruptcy Code (the Petition Date").

2. On July 22, 2025, the Trustee was appointed as the Chapter 7 Trustee of this bankruptcy estate.

4917-4490-0455\.v1

3. The Debtor asserts several claims against Dutt and Matses which are related directly or indirectly to the rental of her current residence at 18 Worcester Square, Boston, MA (the "Apartment").

4. On or about September 19, 2023, the Debtor, as lessee, entered into a lease with Dutt for the Apartment. The Debtor believes that Dutt is the owner of the building in which the Apartment is located. The Debtor alleges that Matses acts as Dutt's agent.

5. The Debtor believes she is entitled to damages from Dutt and Matses for several reasons including: she alleges that the lease she entered into with Dutt included unlawful terms related to security deposits, late fees, move out costs, litigation, liability waivers and other unlawful terms. She also claims that she is also entitled to damages because the Apartment was much smaller than what had been advertised and was in terrible condition with pest, insects, filth, poor plumbing and electrical in addition to other issues, including problems with the boiler room.

6. The Debtor reported the pest infestation and other issues to state and local authorities after the Petition Date.

7. As of the date of the filing of this pleading, the Debtor continues to live in the Apartment.

8. Due to the nature of these claims, as well as the fact that at least some of the damages occurred post-petition and many if not all of the pre-petition claim would likely be exempt, the Claims have no value to the bankruptcy estate.

If no objection to this Notice is timely filed, the Claims will be deemed abandoned. If an objection to this Notice is timely filed by a creditor or other party in interest, the Bankruptcy Court will schedule a hearing in connection therewith. In the event that a hearing is scheduled in

connection with the proposed abandonment of the Claims, creditors and other parties in interest will receive notice of such hearing as the Court may direct.

MARK G. DEGIACOMO, CHAPTER 7
TRUSTEE OF THE BANKRUPTCY ESTATE OF
ASHLEY MARIE GJOVIK,

By his attorneys,

*/s/ Mark G. DeGiacomo*
Mark G. DeGiacomo, Esq. BBO #118170
Harris Beach Murtha Cullina PLLC
33 Arch Street, 12th Floor
Boston, MA  02110
617-457-4000 Telephone
617-482-3868 Facsimile
mdegiacomo@harrisbeachmurtha.com

Dated: September 11, 2025

4917-4490-0455\.v1

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) |
| ASHLEY MARIE GJOVIK, | ) CHAPTER 7 |
| | ) CASE NO. 25-11496-CJP |
| Debtor | ) |

**CERTIFICATE OF SERVICE**

I, Mark G. DeGiacomo, hereby certify that on the 11th day of September, 2025, I served a copy of the *Chapter 7 Trustee's Intent to Abandon Claims (Seeratt Dutt And Alex Matses)* via first-class mail, postage prepaid, ECF Transmission or by electronic mail upon the parties listed on the attached Service List.

/s/ Mark G. DeGiacomo
Mark G. DeGiacomo, Esq. BBO #118170
Harris Beach Murtha Cullina PLLC
33 Arch Street, 12th Floor
Boston, MA 02110
617-457-4000 Telephone
617-482-3868 Facsimile
mdegiacomo@harrisbeachmurtha.com

4917-4490-0455\.v1

Richard King, Asst. U.S. Trustee*
Office of the US Trustee
J.W. McCormack P.O. & Courthouse
5 Post Office Sq., 10th Fl, Suite 1000
Boston, MA  02109

Ashley Marie Gjovik
18 Worcester Square, Apt. 1
Boston, MA 02118

Aidvantage- U.S. Department of Education
Attention: Bankruptcy Discharge
P.O. Box 9635
Wilkes-Barre, PA 18773

Apple Inc
Attention; Apple Payment Services
10355 N. De Anza Blvd
Cupertino, CA 95014

Bank of America
Attention; Billing/Insolvency
PO Box 672050
Dallas, TX 75267

Boston Medical
Attention: Billing/Insolvency
One Boston Medical Center Place
Boston, MA 02118

Goldman Sachs Bank USA
Salt Lake City Branch
Lockbox 6112, P.O. Box 7247
Philadelphia, PA 19170

JPMorgan Chase Bank, N.A.
Mail Code LA4-7100
Monroe, LA 71203

U.S. Department of Education
Attention: Bankruptcy Discharge
400 Maryland Avenue, SW
Washington, DC 20202

Aidvantage on behalf of The Department of Education
PO Box 300001
Greenville, TX 75403

Tremont Dental Care
Attention: Billing/Insolvency
635 Tremont St.
Boston, MA 02118

*served via ECF transmission

2

4917-4490-0455\.v1