UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In Re:   Ashley Marie Gjovik ,
         Debtor

Chapter: 7
Case No: 25−11496
Judge Christopher J. Panos

# NOTICE OF FEE DUE

**To:**   Reed C. Trechter

Pursuant to the fee schedule published by the United States District Court, the fee due for your Motion to Appear Pro Hac Vice is one hundred dollars($100.00).

Effective May 12, 2014, this fee must be paid via credit card online at https://forms.mad.uscourts.gov/proHacVice.html. Paper checks will not be accepted.

The fee must be paid within ten (10) days of the date of this notice. The U.S. District Court will alert the Bankruptcy Court once the fee has been paid. Unless otherwise ordered by the Bankruptcy Court, your motion numbered 30 will not be granted unless and until the fee is paid.

Date:  9/16/25

By the Court,

David Corchado
Deputy Clerk
508−770−8905

33 − 30