UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In Re: Ashley Marie Gjovik,
Debtor

Chapter: 7
Case No: 25−11496
Judge Christopher J. Panos

## NOTICE OF FILING FEE DUE

On **SEPTEMBER 15, 2025** you filed a **Motion to Amend Schedules/Amended Matrix (Fee $34.00)** which requires the fee indicated. Please submit your payment by **SEPTEMBER 30, 2025 .**

Date: 9/16/25

By the Court,

David Corchado
Deputy Clerk
508−770−8905

**PLEASE RETURN THIS FORM WITH YOUR PAYMENT**

**NOTE: DEBTORS CHECKS AND CASH ARE NOT ACCEPTED.**

**PLEASE INCLUDE NAME AND CASE NUMBER WITH PAYMENT AND SEND TO ADDRESS CHECKED.**

**FAILURE TO MAKE PAYMENT BY THE DUE DATE MAY RESULT IN DENIAL/DISMISSAL WITHOUT FURTHER NOTICE.**

- ⦿ United States Bankruptcy Court
  John W. McCormack Post Office and Court House
  5 Post Office Square, Suite 1150
  Boston, MA 02109−3945

- ○ United States Bankruptcy Court
  211 Donohue Federal Building
  595 Main Street
  Worcester, MA 01608−2076

- ○ United States Bankruptcy Court
  United States Courthouse
  300 State Street, Suite 220
  Springfield, MA 01105−2925

34 − 31