**Ashley M. Gjovik, JD**
*In Propria Persona*
(415) 964-6272
ashleymgjovik@protonmail.com
Boston, MA

# United States Bankruptcy Court

## District of Massachusetts

| | |
|---|---|
| In Re:<br><br>Ashley M. Gjovik,<br><br>Debtor. | Chapter 7 Case No: 25-11496<br>Judge Christopher J. Panos<br><br>Re: Filing Fee (Dkt. 34), & Docketing of a "Motion"<br>Sept. 16 2025<br><br>Amended Ch.7 Petition, Forms, and Schedules (Rule 1009)<br>Filed: Sept. 15 2025<br>(Dkt. 31) |

## RE: FEES (DKT. 34) & DOCKETING AMENDED SCHEDULES AS A MOTION

1. The Debtor filed Amended schedules at Dkt. 31 on Sept. 15 2025. This filing was captioned and described simply as Amended Schedules and Forms – not as a motion.

2. Debtor previously filed Amended Schedules and Forms at Dkt. 11 and 18, including attaching the entirety of her prior petition, and those filings were not recaptioned by the court as Motions, and she was not requested to pay fees.

3. On Sept. 15 2025, the Debtor filed one PDF to the Pro Se Clerk. The Debtor's document was not titled, captioned, or otherwise styled as a Motion.

4. The Debtor's Amendment stated in several locations that there were no changes to Creditors in her amendments.

5. The Debtor did attach previously filed copies of forms, including D, E, F, and the prior Matrix. None of these documents were marked Amended, all were noted to not be Amended, and the prior attached versions had the previous PACER header printed on them, as she did in her prior Amendments at Dkt. 11 and 18.

6. On Sept. 16 2025, the court posted a notice of Fees for Debtor due to her supposedly filing a Motion to Amend her Schedules D, E, F, and/or the Credit Matrix.

7. On Sept. 16 2025, the court also bifurcated Debtor's PDF, with a memorandum Debtor attached at the end of her filing now separated from the forms she filed, and filed as a separate PDF.

8. The court styled the Debtor's memo as a "Motion" with Debtor's schedules attached like an Exhibit.

9. No one from the court contacted the Debtor or tried to clarify prior to modifying Debtor's filings, posting Debtor's filings as a "Motion" for the court, and entering this under the Debtor's name as if she filed it herself (which she could not because she is not allowed PACER efiling access).

10. The Debtor respectfully requests her filings be revised to reflect the document she filed, as she filed it; revised to not be marked as a "Motion."

11.    The Debtor respectfully requests, per local rules, that the request for Fees be rescinded because she did not Amend or request to Amend the forms for which fees are attached.

12.    The Debtor also notes that she still not receive service (digital or otherwise) of most filings posted to the Docket for this case, and accordingly, the court's request for her to pay fees was not sent to her and she would have not known about the request if she was not manually checking PACER daily for this matter.

13.    I declare under penalty of perjury under the laws of the United States of America, and in compliance with Fed.R.Bankr.P. Rule 9011, that the foregoing is true and correct. Executed on Sept. 16 2025 in Boston, Massachusetts.

Respectfully submitted,

*/s/* **Ashley M. Gjovik**
*Pro Se / In Propria Persona*
18 Worcester Square, Apt 1
Boston, MA 02118
Dated: Sept. 16 2025

# Bankruptcy Case No. 25-11496

| | |
|---|---|
| From | Ashley Gjovik <ashleymgjovik@protonmail.com> |
| To | MABdb_Prose_Filings<prose_filings@mab.uscourts.gov> |
| Date | Monday, September 15th, 2025 at 5:04 AM |

Hi,

I'm the Pro Se Debtor in Bankruptcy Case No. 25-11496

I'm attaching an amended petition to please efile to the docket for the case.

-Ashley

—

**Ashley M. Gjøvik**
**BS, JD, PMP**

Sent with [Proton Mail](#) secure email.

---

**6.54 MB**  1 file attached

In Re Gjovik Amended Petition Case No 25–11496 20250915 Combined.pdf  6.54 MB