United States Bankruptcy Court
District of Massachusetts

In re:  
Ashley Marie Gjovik  
    Debtor

Case No. 25-11496-cjp  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0101-1     User: admin     Page 1 of 2  
Date Rcvd: Sep 16, 2025     Form ID: feedue     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2025:**  
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/PDF: ashleymgjovik@protonmail.com | Sep 16 2025 22:33:00 | Ashley Marie Gjovik, 18 Worcester Square, Apt 1, Boston, MA 02118-2945 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.  
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2025     Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2025 at the address(es) listed below:**

**Name**     **Email Address**

Andrew M. Troop  
    on behalf of Creditor Apple Inc. andrew.troop@pillsburylaw.com  nydocket@pillsburylaw.com

Brendan T. Mockler  
    on behalf of Defendant U.S. Department of Education Maximus d.b.a. Aidvantage brendan.mockler@usdoj.gov  USAMA.bankruptcy@usdoj.gov

Mark G. DeGiacomo  
    mdegiacomo@harrisbeachmurtha.com  
    MA42@ecfcbis.com;jbabula@harrisbeachmurtha.com;lmulvehill@harrisbeachmurtha.com

Richard King - B  
    USTPRegion01.BO.ECF@USDOJ.GOV

District/off: 0101-1     User: admin     Page 2 of 2
Date Rcvd: Sep 16, 2025     Form ID: feedue     Total Noticed: 1
TOTAL: 4

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In Re: Ashley Marie Gjovik,
Debtor

Chapter: 7
Case No: 25−11496
Judge Christopher J. Panos

## NOTICE OF FILING FEE DUE

On **SEPTEMBER 15, 2025** you filed a **Motion to Amend Schedules/Amended Matrix (Fee $34.00)** which requires the fee indicated. Please submit your payment by **SEPTEMBER 30, 2025 .**

Date: 9/16/25

By the Court,

David Corchado
Deputy Clerk
508−770−8905

**PLEASE RETURN THIS FORM WITH YOUR PAYMENT**

**NOTE: DEBTORS CHECKS AND CASH ARE NOT ACCEPTED.**

**PLEASE INCLUDE NAME AND CASE NUMBER WITH PAYMENT AND SEND TO ADDRESS CHECKED.**

**FAILURE TO MAKE PAYMENT BY THE DUE DATE MAY RESULT IN DENIAL/DISMISSAL WITHOUT FURTHER NOTICE.**

- (•) United States Bankruptcy Court
  John W. McCormack Post Office and Court House
  5 Post Office Square, Suite 1150
  Boston, MA 02109−3945

- ( ) United States Bankruptcy Court
  211 Donohue Federal Building
  595 Main Street
  Worcester, MA 01608−2076

- ( ) United States Bankruptcy Court
  United States Courthouse
  300 State Street, Suite 220
  Springfield, MA 01105−2925

34 − 31