# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS
# EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>ASHLEY M. GJOVIK<br><br>Debtor. | Chapter 7<br><br>Case No. 25-11496 (CJP) |

### ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE

Upon the Motion for Admission Pro Hac Vice of Andrew Troop, pursuant to Local Bankruptcy Rule 9010-1(a)(3), to admit Reed C. Trechter of Pillsbury Winthrop Shaw Pittman LLP to practice *pro hac vice* before the United States Bankruptcy Court for the District of Massachusetts, it is hereby ORDERED, ADJUDGED, AND DECREED that:

A. Reed C. Trechter, Pillsbury Winthrop Shaw Pittman LLP, 609 Main Street, Suite 2000, Houston, Texas 77002, may practice and appear *pro hac vice* before this Court in the above referenced bankruptcy case and any related adversary proceeding on behalf of Apple Inc.

B. This Order shall become effective immediately.

SO ORDERED.

Dated: September 22, 2025

_____
Christopher J. Panos
United States Bankruptcy Judge

5