United States Bankruptcy Court
District of Massachusetts

In re:  Case No. 25-11496-cjp
Ashley Marie Gjovik  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0101-1 | User: admin | Page 1 of 1
Date Rcvd: Sep 22, 2025 | Form ID: pdf012 | Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| aty | + Reed Trechter, Pillsbury Winthrop Shaw Pittman LLP, 609 Main Street, Suite 2000, Houston, MA 77002-3180 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew M. Troop | on behalf of Creditor Apple Inc. andrew.troop@pillsburylaw.com  nydocket@pillsburylaw.com |
| Brendan T. Mockler | on behalf of Defendant U.S. Department of Education Maximus d.b.a. Aidvantage brendan.mockler@usdoj.gov  USAMA.bankruptcy@usdoj.gov |
| Mark G. DeGiacomo | mdegiacomo@harrisbeachmurtha.com  MA42@ecfcbis.com;jbabula@harrisbeachmurtha.com;lmulvehill@harrisbeachmurtha.com |
| Richard King - B | USTPRegion01.BO.ECF@USDOJ.GOV |

TOTAL: 4

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>ASHLEY M. GJOVIK<br><br>Debtor. | Chapter 7<br><br>Case No. 25-11496 (CJP) |

**ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE**

Upon the Motion for Admission Pro Hac Vice of Andrew Troop, pursuant to Local Bankruptcy Rule 9010-1(a)(3), to admit Reed C. Trechter of Pillsbury Winthrop Shaw Pittman LLP to practice *pro hac vice* before the United States Bankruptcy Court for the District of Massachusetts, it is hereby ORDERED, ADJUDGED, AND DECREED that:

A. Reed C. Trechter, Pillsbury Winthrop Shaw Pittman LLP, 609 Main Street, Suite 2000, Houston, Texas 77002, may practice and appear *pro hac vice* before this Court in the above referenced bankruptcy case and any related adversary proceeding on behalf of Apple Inc.

B. This Order shall become effective immediately.

SO ORDERED.

Dated: September 22, 2025

_____
Christopher J. Panos
United States Bankruptcy Judge

5