UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) |
| ASHLEY MARIE GJOVIK, | ) CHAPTER 7 |
| | ) CASE NO. 25-11496-CJP |
| Debtor | ) |

### NOTICE OF CHAPTER 7 TRUSTEE'S INTENT TO ABANDON CLAIMS
### (All Claims Listed in Amended Schedules)

TO THE UNITED STATES TRUSTEE AND ALL OTHER PARTIES IN INTEREST:

PLEASE TAKE NOTICE that, pursuant to Section 554(a) of the United States Bankruptcy Code, Bankruptcy Rule 6007(a) and MLBR 6007-1, Mark G. DeGiacomo (the "Trustee"), the duly appointed Chapter 7 Trustee of the bankruptcy estate of Ashley Marie Gjovick (the "Debtor") intends to abandon his interest in all claims the Debtor listed in her Amended Schedules. The Trustee has determined that the Claims have no value and benefit to the Debtor's bankruptcy estate. The Trustee will abandon these Claims unless a creditor or other party in interest files a written objection to the proposed abandonment with the Clerk's Office of the United States Bankruptcy Court, John W. McCormack Courthouse and Post Office, 5 Post Office Square, Boston, MA 02109, and serves a copy of such objection on the undersigned within fourteen (14) days of the mailing of this notice.  Objections not timely filed and served may be deemed waived.

In support of this Notice, the Trustee states as follows:

1. On July 21, 2025, Ashley Marie Gjovik (the "Debtor") filed a voluntary petition pursuant to Chapter 7 of the Bankruptcy Code (the Petition Date").

2. On July 22, 2025, the Trustee was appointed as the Chapter 7 Trustee of this bankruptcy estate.

3. On September 15, 2025, the Debtor filed her "Amended CH. 7 Petition, Forms, and Schedules [Doc. #31] (the "Amended Schedules").

4938-0788-3375\.v1

4. The Amended Schedules include amendments to the following questions located in Schedule A/B: Q30 "other amounts someone owes you", Q33 "claims against third parties whether or not you have filed a lawsuit or made a demand for payment", and Q34 "other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims". The Amended Schedules also include an amendment to Question 9 of the Statement of Financial Affairs "within one year before you filed for bankruptcy, were you a party in any lawsuit, action or administrative proceeding?" (Attached hereto as Exhibit A is a copy of the portions of the Amended Schedules referenced in this paragraph).

5. The amendments referenced in the prior paragraph include claims the Debtor has asserted or believes she could assert against many individuals and entities (the "Claims").

6. Among the Claims are certain claims which were the subject of the following previously filed Notices of Abandonment: claims against Seeratt Dutt and Alex Matses (see Doc. #25) and claims against Roy Payne, 18 Worcester Homeowners Association, and Charles Construction (see Doc. #40).

7. The Trustee has reviewed the descriptions of the Claims contained in the Amended Schedules and he has also reviewed memoranda prepared by the Debtor describing many of the Claims.

8. Based on this review, and considering all relevant factors, the Trustee believes that all of the Claims listed in Exhibit A have no value to the bankruptcy estate.

If no objection to this Notice is timely filed, all of the Claims listed in Exhibit A will be deemed abandoned. If an objection to this Notice is timely filed by a creditor or other party in interest, the Bankruptcy Court will schedule a hearing in connection therewith. In the event that a hearing is scheduled in connection with the proposed abandonment of the Claims, creditors and other parties in interest will receive notice of such hearing as the Court may direct.

        MARK G. DEGIACOMO, CHAPTER 7
TRUSTEE OF THE BANKRUPTCY ESTATE OF
ASHLEY MARIE GJOVIK,

By his attorneys,

*/s/ Mark G. DeGiacomo*
Mark G. DeGiacomo, Esq. BBO #118170
Harris Beach Murtha Cullina PLLC
33 Arch Street, 12th Floor
Boston, MA 02110
617-457-4000 Telephone
617-482-3868 Facsimile
mdegiacomo@harrisbeachmurtha.com

Dated: October 24, 2025

3