UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) |
| ASHLEY MARIE GJOVIK, | ) CHAPTER 7 |
| | ) CASE NO. 25-11496-CJP |
| Debtor | ) |

## **CERTIFICATE OF SERVICE**

    I, Mark G. DeGiacomo, hereby certify that on the 24th day of October, 2025, I served a copy of the ***Chapter 7 Trustee's Intent to Abandon Claims*** via first-class mail, postage prepaid, ECF Transmission or by electronic mail upon the parties listed on the attached Service List.

/s/ Mark G. DeGiacomo
Mark G. DeGiacomo, Esq. BBO #118170
Harris Beach Murtha Cullina PLLC
33 Arch Street, 12th Floor
Boston, MA 02110
617-457-4000 Telephone
617-482-3868 Facsimile
mdegiacomo@harrisbeachmurtha.com

| | | |
|---|---|---|
| Richard King, Asst. U.S. Trustee*<br>Office of the US Trustee<br>J.W. McCormack P.O. & Courthouse<br>5 Post Office Sq., 10th Fl, Suite 1000<br>Boston, MA  02109 | Ashley Marie Gjovik<br>18 Worcester Square, Apt. 1<br>Boston, MA 02118 | Andrew M. Troop, Esq.*<br>(Counsel to Apple Inc.)<br>Pillsbury Winthrop Shaw Pittman LLP<br>31 West 52nd Street<br>New York, NY 10019 |
| Reed Trechter, Esq.<br>(Counsel to Apple Inc.)<br>Pillsbury Winthrop Shaw Pittman LLP<br>609 Main Street, Suite 2000<br>Houston, MA 77002 | | |
| Apple Inc<br>Attention; Apple Payment Services<br>10355 N. De Anza Blvd<br>Cupertino, CA 95014 | Bank of America<br>Attention; Billing/Insolvency<br>PO Box 672050<br>Dallas, TX 75267 | Boston Medical<br>Attention: Billing/Insolvency<br>One Boston Medical Center Place<br>Boston, MA 02118 |
| Goldman Sachs Bank USA<br>Salt Lake City Branch<br>Lockbox 6112, P.O. Box 7247<br>Philadelphia, PA 19170 | JPMorgan Chase Bank, N.A.<br>Mail Code LA4-7100<br>Monroe, LA 71203 | U.S. Department of Education<br>Attention: Bankruptcy Discharge<br>400 Maryland Avenue, SW<br>Washington, DC 20202 |
| Aidvantage on behalf of The<br>Department of Education<br>PO Box 300001<br>Greenville, TX 75403 | Tremont Dental Care<br>Attention: Billing/Insolvency<br>635 Tremont St.<br>Boston, MA 02118 | JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o National Bankruptcy Services, LLC<br>P.O. Box 9013<br>Addison, TX 75001 |

*served via ECF transmission