

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| In re: | |
|---|---|
| Ashley Marie Gjovik, | Chapter 7 |
| | 25-11496-CJP |
| Debtor | |

## ORDER

**MATTERS:**

#15 Application filed by Trustee Mark G. DeGiacomo to Employ Verdolino & Lowey, P.C. as Accountant;

#17 Debtor's Conditional and Contingent Non-Opposition to Trustee's Requests at Dkt 14-15; and Request for Advisors and Special Masters.

UPON CONSIDERATION OF THE APPLICATION TO EMPLOY VERDOLINO & LOWEY, P.C. AS ACCOUNTANT TO THE TRUSTEE, [ECF NO. 15] (THE "APPLICATION"), THE DEBTOR'S CONDITIONAL AND CONTINGENT NON-OPPOSITION (THE "RESPONSE"), AND THE RECORD OF THE CASE, THE RESPONSE IS OVERRULED AND THE APPLICATION IS APPROVED PURSUANT TO 11 U.S.C. SECTION 327. ANY REQUESTED RELIEF IN THE RESPONSE IS DENIED.

THE PAYMENT OF FEES AND EXPENSES OF THE ACCOUNTANT IS SUBJECT TO PRIOR COURT APPROVAL PURSUANT TO 11 U.S.C. SECTION 330.

Dated: 10/27/2025

By the Court,

_____
Christopher J. Panos
United States Bankruptcy Judge