United States Bankruptcy Court
District of Massachusetts

In re:  Case No. 25-11496-cjp
Ashley Marie Gjovik  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0101-1   User: admin   Page 1 of 2
Date Rcvd: Oct 27, 2025   Form ID: pdf012   Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2025:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/PDF: ashleymgjovik@protonmail.com | Oct 27 2025 22:55:00 | Ashley Marie Gjovik, 18 Worcester Square, Apt 1, Boston, MA 02118-2945 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2025   Signature:   /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew M. Troop | on behalf of Creditor Apple Inc. andrew.troop@pillsburylaw.com  nydocket@pillsburylaw.com |
| Brendan T. Mockler | on behalf of Defendant U.S. Department of Education Maximus d.b.a. Aidvantage brendan.mockler@usdoj.gov  USAMA.bankruptcy@usdoj.gov |
| Emily C. Shanahan | on behalf of Defendant U.S. Department of Education Maximus d.b.a. Aidvantage emily.shanahan@huschblackwell.com  emily-shanahan-5940@ecf.pacerpro.com |
| Mark G. DeGiacomo | mdegiacomo@harrisbeachmurtha.com  MA42@ecfcbis.com;jbabula@harrisbeachmurtha.com;lmulvehill@harrisbeachmurtha.com |

| | | |
|---|---|---|
| District/off: 0101-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Oct 27, 2025 | Form ID: pdf012 | Total Noticed: 1 |

Richard King - B
                    USTPRegion01.BO.ECF@USDOJ.GOV

TOTAL: 5

Certificate of Notice    Page 3 of 3



# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| In re:                  |                          |
|-------------------------|--------------------------|
| Ashley Marie Gjovik,    | Chapter 7                |
|                         | 25-11496-CJP             |
| Debtor                  |                          |

# ORDER

**MATTERS:**

#14 Application filed by Trustee Mark G. DeGiacomo to Employ Harris Beach Murtha Cullina PLLC as Counsel;

#17 Debtor's Conditional and Contingent Non-Opposition to Trustee's Requests at Dkt 14-15; and Request for Advisors and Special Masters.

UPON CONSIDERATION OF THECHAPTER 7 TRUSTEE'S APPLICATION FOR AUTHORITY TO EMPLOY HARRIS BEACH MURTHA CULLINA PLLC AS COUNSEL [ECF NO. 14] (THE "APPLICATION"),THE DEBTOR'S CONDITIONAL AND CONTINGENT NON-OPPOSITION (THE "RESPONSE"), AND THE RECORD OF THE CASE, THE RESPONSE IS OVERRULED AND THE APPLICATION IS APPROVED PURSUANT TO 11 U.S.C. SECTION 327. ANY REQUESTED RELIEF IN THE RESPONSE IS DENIED.

THE PAYMENT OF FEES AND EXPENSES OF COUNSEL TO THE TRUSTEE IS SUBJECT TO PRIOR COURT APPROVAL PURSUANT TO 11 U.S.C. SECTION 330.

Dated: 10/27/2025

By the Court,

Christopher J. Panos
United States Bankruptcy Judge