

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| In re:  Ashley Marie Gjovik  Debtor | Chapter 7  25-11496-CJP |
|---|---|

## ORDER

**MATTER:**

#54 Emergency Motion filed by Debtor Ashley Marie Gjovik for Declaratory Relief & To Compel the Trustee.

DENIED. IT IS UNCLEAR WHAT RELIEF IS BEING SOUGHT, BUT THE TRUSTEE HAS ABANDONED TO THE DEBTOR ALL OF THE CLAIMS THE DEBTOR APPEARS TO REFERENCE. THE DEBTOR DOES NOT EXPLAIN WHY SHE IS HINDERED IN FILING A STATUS REPORT IN LITIGATION ASSERTING ABANDONED CLAIMS. SHE SHOULD NOTE IN ANY STATUS REPORT THAT THE TRUSTEE'S ABANDONMENT IN THIS BANKRUPTCY CASE IS SUBJECT TO AN OBJECTION DEADLINE EXPIRING. FINALLY, THE DOCKET DOES NOT REFLECT ANY MOTIONS FILED BY THE DEBTOR REGARDING HER PRIOR REQUESTS AND SUPPLEMENTS IN RELATION TO HER MOTION FOR A PROTECTIVE ORDER AND TO COMPEL THE TRUSTEE THAT ARE UNRESOLVED. THE COURT CONSIDERED HER SUPPLEMENTS AND DENIED HER REQUESTS, AS SUPPLEMENTED, IN THE ORDER ENTERED AT ECF NO. 42.

Dated: 11/02/2025

By the Court,

Christopher J. Panos
United States Bankruptcy Judge