United States Bankruptcy Court
District of Massachusetts

In re:     Case No. 25-11496-cjp
Ashley Marie Gjovik     Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0101-1     User: admin     Page 1 of 2
Date Rcvd: Nov 03, 2025     Form ID: pdf012     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 05, 2025:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/PDF: ashleymgjovik@protonmail.com | Nov 03 2025 22:39:00 | Ashley Marie Gjovik, 18 Worcester Square, Apt 1, Boston, MA 02118-2945 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 05, 2025     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew M. Troop | on behalf of Creditor Apple Inc. andrew.troop@pillsburylaw.com nydocket@pillsburylaw.com |
| Brendan T. Mockler | on behalf of Defendant U.S. Department of Education Maximus d.b.a. Aidvantage brendan.mockler@usdoj.gov USAMA.bankruptcy@usdoj.gov |
| Emily C. Shanahan | on behalf of Defendant U.S. Department of Education Maximus d.b.a. Aidvantage emily.shanahan@huschblackwell.com emily-shanahan-5940@ecf.pacerpro.com |
| Mark G. DeGiacomo | on behalf of Trustee Mark G. DeGiacomo mdegiacomo@harrisbeachmurtha.com lmulvehill@harrisbeachmurtha.com |

| | | |
|---|---|---|
| District/off: 0101-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Nov 03, 2025 | Form ID: pdf012 | Total Noticed: 1 |

Mark G. DeGiacomo
    mdegiacomo@harrisbeachmurtha.com
    MA42@ecfcbis.com;jbabula@harrisbeachmurtha.com;lmulvehill@harrisbeachmurtha.com

Richard King - B
    USTPRegion01.BO.ECF@USDOJ.GOV

TOTAL: 6



# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| In re: | |
|---|---|
| Ashley Marie Gjovik | Chapter 7 |
| Debtor | 25-11496-CJP |

# ORDER

**MATTER:**

#54 Emergency Motion filed by Debtor Ashley Marie Gjovik for Declaratory Relief & To Compel the Trustee.

DENIED. IT IS UNCLEAR WHAT RELIEF IS BEING SOUGHT, BUT THE TRUSTEE HAS ABANDONED TO THE DEBTOR ALL OF THE CLAIMS THE DEBTOR APPEARS TO REFERENCE. THE DEBTOR DOES NOT EXPLAIN WHY SHE IS HINDERED IN FILING A STATUS REPORT IN LITIGATION ASSERTING ABANDONED CLAIMS. SHE SHOULD NOTE IN ANY STATUS REPORT THAT THE TRUSTEE'S ABANDONMENT IN THIS BANKRUPTCY CASE IS SUBJECT TO AN OBJECTION DEADLINE EXPIRING. FINALLY, THE DOCKET DOES NOT REFLECT ANY MOTIONS FILED BY THE DEBTOR REGARDING HER PRIOR REQUESTS AND SUPPLEMENTS IN RELATION TO HER MOTION FOR A PROTECTIVE ORDER AND TO COMPEL THE TRUSTEE THAT ARE UNRESOLVED. THE COURT CONSIDERED HER SUPPLEMENTS AND DENIED HER REQUESTS, AS SUPPLEMENTED, IN THE ORDER ENTERED AT ECF NO. 42.

Dated: 11/02/2025

By the Court,

Christopher J. Panos
United States Bankruptcy Judge