**Ashley M. Gjovik, JD**
*In Propria Persona*
(415) 964-6272
ashleymgjovik@protonmail.com
Boston, MA

# United States Bankruptcy Court

## District of Massachusetts

| | |
|---|---|
| In Re: | Chapter 7 Case No: 25-11496 |
| | Judge Christopher J. Panos |
| Ashley M. Gjovik, | Amended Ch.7 Petition, Forms, and Schedules including Change of Address |
| Debtor. | |
| | Rule 1009 |
| | Feb. 13 2026 |
| | (Addendum to Prior Filed versions at Dkt. 1, 11, 18, 31) |

# TABLE OF CONTENTS

AMENDED OFFICIAL FORMS 106-107 ................................................................... 2

CHANGE OF MAILING ADDRESS ......................................................................... 2

LEGAL AND ENVIRONMENTAL MATTERS (SCHEDULES 106 AND 107) ................................ 2

   *Schedule 106 A/B Q.30: "Amounts Someone Owes You"* ...................................... 2

   *Schedule 106 A/B Q.33: "Claims Against Third Parties"* ...................................... 3

   *Schedule 107 Part 10 "Environmental Information" Q.26* .................................... 4

CONTINGENT CLAIMS ..................................................................................... 4

NON-ESTATE PROPERTY (11 U.S. CODE § 541(B)) ...................................................... 6

CERTIFICATION ............................................................................................ 7

# Amended Official Forms 106-107

1. I, Ashley Marie Gjovik ("Debtor", hereby file this amended petition under Rule 1009 and Local Rule 1009-1. The Debtor hereby amends a "a voluntary petition, list, schedule, statement of financial affairs, statement of intention, or statement of current monthly income" as provided by Local Rule 1009-1(a).

2. This is filed as a Supplement and Addendum to the prior filed versions at Dkt. 1, 11, 18, 31 and limited to the revised content. All prior filings remain in force including exemptions.

3. The Amendment is filed with an amended and current version of Official Form 106Dec and Official Form B 106Sum.

## Change of Mailing Address

4. The Debtor evacuated from Boston on or around January 31 2026 due to the matters discussed in the attached Feb.13 2026 "**CERCLA Petition and Citizen Suit Notice for THE SOUTH BAY in Boston, Massachusetts**" (Exhibit A). The Debtor does not have a permanent place to live (she is now homeless), and thus does not have a residential mailing address.

5. The Debtor now currently located in in San Jose, California, a region (the San Francisco Bay Area) where she lived prior from around 2015-2022. The Debtor asks the Court to update her mailing address to an electronic address where her mail will be scanned and provided to her. The Debtor's new address is: **2108 N. St, Ste. 4553, Sacramento, CA 95816.**

## Legal and Environmental Matters (Schedules 106 and 107)

6. In Response to "Official Form 106 – Schedule A/B" Questions 30 and 33 and the Debtor adds the following responses:

## Schedule 106 A/B Q.30: "Amounts Someone Owes You"

7. In response to Official Form 106 – Schedule A/B, Question 30 ("*other amounts someone owes you*"), the Debtor responds with the notations below, and

incorporates Form 107 Part 4 and 10.

    i. The Debtor notified the government of a release; and has new and expanded claims against the PRPs/Defendants listed in "**CERCLA PETITION AND CITIZEN SUIT NOTICE FOR THE SOUTH BAY IN BOSTON, MASSACHUSETTS" (EX. A)** for facts described within which give rise to public and private rights of action. The Debtor responds to this question only regarding potential PRIVATE rights of action for the underlying facts and which need to be reviewed and abandoned by the Trustee before this proceeding can be resolved.

    ii. Th The Debtor notified the government of a release; and has new and expanded claims against the PRPs/Defendants listed in **("SIXTY DAY NOTICE of INCOMING CLEAN WATER ACT CITIZEN SUIT re SARATOGA CREEK SYSTEM AND ASSOCIATED TIDELANDS") (EX. B)** for facts described within which give rise to public and private rights of action. The Debtor responds to this question only regarding potential PRIVATE rights of action for the underlying facts and which need to be reviewed and abandoned by the Trustee before this proceeding can be resolved.

## SCHEDULE 106 A/B Q.33: "CLAIMS AGAINST THIRD PARTIES"

8. In Response to Official Form 106 – Schedule A/B, Question 33 ("*claims against third parties…*"), the Debtor adds the following:

    i. The Debtor notified the government of a release; and has new and expanded claims against the PRPs/Defendants listed in "**CERCLA PETITION AND CITIZEN SUIT NOTICE FOR THE SOUTH BAY IN BOSTON, MASSACHUSETTS" (EX. A)** for facts described within which give rise to public and private rights of action. The Debtor responds to this question only regarding potential PRIVATE rights of action for the underlying facts and which need to be reviewed and

      abandoned by the Trustee before this proceeding can be resolved.

   ii.   Th The Debtor notified the government of a release; and has new and expanded claims against the PRPs/Defendants listed in **("SIXTY DAY NOTICE of INCOMING CLEAN WATER ACT CITIZEN SUIT re SARATOGA CREEK SYSTEM AND ASSOCIATED TIDELANDS") (EX. B)** for facts described within which give rise to public and private rights of action. The Debtor responds to this question only regarding potential PRIVATE rights of action for the underlying facts and which need to be reviewed and abandoned by the Trustee before this proceeding can be resolved.

## SCHEDULE 107 PART 10 "ENVIRONMENTAL INFORMATION" Q.26

   9.   Form 107 Part 10 Question 25 asks *"Have you notified any governmental unit of any release of hazardous material?* Question 26 asks *"Have you been a party in any judicial or administrative proceeding under any environmental law?"* The Debtor adds the following:

   i.   The Debtor notified the government of a release; and has new and expanded claims against the PRPs/Defendants listed in "**CERCLA PETITION AND CITIZEN SUIT NOTICE FOR THE SOUTH BAY IN BOSTON, MASSACHUSETTS**" **(EX. A)** for facts described within which give rise to public and private rights of action.

   ii.   Th The Debtor notified the government of a release; and has new and expanded claims against the PRPs/Defendants listed in **("SIXTY DAY NOTICE of INCOMING CLEAN WATER ACT CITIZEN SUIT re SARATOGA CREEK SYSTEM AND ASSOCIATED TIDELANDS") (EX. B)** for facts described within which give rise to public and private rights of action.

## CONTINGENT CLAIMS

   10.   Question 26 asks if the Debtor has any "other contingent and unliquidated

claims of every nature, including counterclaims of the debtor and rights to set off claims" and the Debtor adds the following.

11. The Debtor has expanded claims against the disputed Creditor ("Boston Medical Center") as described in **"CERCLA PETITION AND CITIZEN SUIT NOTICE FOR THE SOUTH BAY IN BOSTON, MASSACHUSETTS" (EX. A).**

12. The Debtor has expanded Contingent Claims against the disputed Creditor "Apple Inc." Actions by Apple Inc have indicated that it was involved in and/or ordered Northeastern University's termination the Debtor's employment in Aug. 2024. That termination directly led to this bankruptcy filing. Apple Inc also indicated it wants to also use that termination as some kind of evidence against the Debtor, even though Apple orchestrated the termination, which could also deprive the Debtor of compensatory damages in her litigation against Apple. Any/all of this should nullify any claim made by disputed Creditor Apple and will be relevant in 25-01104 because Apple's own lawyer was appointed to run the NLRB and promptly following that, the NLRB abruptly dismissed otherwise meritorious claims against Apple and NEU filed by the Debtor, which deprive her of backpay and other compensatory damages, which could also have been used to pay the debts owed to creditors in this case.

13. The Debtor has additional expanded Contingent Claims against the disputed Creditor "Apple Inc." Apple's lawyers are continuing to use the Debtor's mandatory bankruptcy disclosures and filings as exhibits and "evidence" against her in Apple's defense in environmental proceedings, going so far as to argue that because the Debtor made legally required disclosures of potential legal claims that those disclosures should justify dismissing all claims the Debtor would file against Apple because it somehow proves her claims are meritless and she is a bad actor. Disputed Creditors Apple is continuing to violate the Bankruptcy stay against Creditors, is publicly encouraging Bankruptcy fraud, and is openly retaliating against Debtors who comply in good faith with the Bankruptcy code. This will be relevant in 25-01104 because it also serves to further Denylist the Debtor from any type of professional career and obstructs her ability to obtain the damages Apple owes her. Any claims filed by Disputed Creditor

Apple should be denied.

14. The Debtor has additional expanded Contingent Claims against the disputed Creditor "Apple Inc." During the bankruptcy stay Apple's lawyers have falsely, baselessly, and maliciously accused the Debtor of various types of misconduct in the Debtor's litigation against Apple. Apple's lawyers are repeatedly instigating the federal courts to sanction the Debtor, to dismiss the Debtor's claims without due process, and to otherwise punish and retaliate against the Debtor. This will be relevant in 25-01104 because it also serves to further Denylist the Debtor from any type of professional career and obstructs her ability to obtain the damages Apple owes her. Any claims filed by Disputed Creditor Apple should be denied.

## NON-ESTATE PROPERTY (11 U.S. CODE § 541(B))

15. Under § 541(b)(1), if the debtor's interest in property is limited to a power that can be exercised solely for the benefit of another, that interest does not become property of the estate." (Consumer Bankruptcy Law, Federal Judicial Center, 2025); *Owen v. Owen,* 500 U.S. 305, 308 (1991).

16. Citizen Suits have no economic interest; the claims only allow injunctive relief and civil penalties paid to the U.S. Treasury, so there is no economic interest for the estate, while the action represents the same police powers exception to the automatic stay. 11 U.S.C. § 362(b)(4). Congress designed citizen suits as "private attorney general" actions to supplement government enforcement when agencies fail to act. *33 U.S.C. § 1365; Friends of the Earth, Inc. v. Laidlaw Environmental Services*, 528 U.S. 167 (2000).

17. The Debtor has a pending Citizen Suit filed under: *Ashley Gjovik v. Apple Inc., City of Santa Clara, Khalil/Kalil Jenab, various Jenab Trusts and LLCs*, 5:25-cv-07360, N.D. Cal., 2025- (RCRA, CAA, CWA, EPCRA, TSCA, Cal. Public Nuisance). The scope of the suit was expanded with a supplementary Sixty Day Notice **("SIXTY DAY NOTICE of INCOMING CLEAN WATER ACT CITIZEN SUIT re SARATOGA CREEK SYSTEM AND ASSOCIATED TIDELANDS")** filed on Dec.

11 2025 **(EX. B)** and expands the case above but would create new jurisdiction for an additional or amended lawsuit if the federal government does not intervene by the Sixty Day expiration. The Debtor's Citizen Suit and Public Litigation Rights are not and cannot be part of a Bankruptcy Estate.

18. A CERCLA Petition and Sixty Day (Extended to One-Year Notice was filed on Feb. 13 2026 **("CERCLA PETITION AND CITIZEN SUIT NOTICE FOR THE SOUTH BAY IN BOSTON, MASSACHUSETTS") (EX. A)** that requests federal enforcement action and will create jurisdiction for private attorney general enforcement action. The Debtor's Citizen Suit and Public Litigation Rights are not and cannot be part of a Bankruptcy Estate.

## Certification

19. I declare under penalty of perjury under the laws of the United States of America, and in compliance with Fed.R.Bankr.P. Rule 9011, that the foregoing is true and correct. Executed on Feb. 13 2026

20. A copy of this Amended Petition will be emailed to the Trustee along with efiled through the Pro Se clerk.

Respectfully submitted,

/s/ Ashley M. Gjovik
**Pro Se**
Physical Location: San Jose, California
Mailing: 2108 N. St. Ste. 4553, Sacramento, CA 95816
Dated: Feb. 13 2026

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Ashley Marie Gjovik |
| | First Name   Middle Name   Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: _____ District of ___MA_____ | |
| Case number (If known) | 25-11496 |

☑ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules  12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No
☐ Yes.  Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

✗ /s/ Ashley Marie Gjovik          ✗ _____
Signature of Debtor 1                Signature of Debtor 2

Date 02/13/2026                      Date _____
     MM / DD / YYYY                       MM / DD / YYYY

Official Form 106Dec          **Declaration About an Individual Debtor's Schedules**

**Fill in this information to identify the case and this filing:**

Debtor Name __Ashley Marie Gjovik_____

United States Bankruptcy Court for the: _____ District of __MA_____
(State)

Case number (*If known*): ___25-11496_____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☒ Amended *Schedule* ____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☒ Other document that requires a declaration __change of address_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __2/13/26___   ✘ __/s/ Ashley Marie Gjovik_____
MM / DD / YYYY           Signature of individual signing on behalf of debtor

__Ashley M. Gjovik_____
Printed name

__Self_____
Position or relationship to debtor

Official Form 202    **Declaration Under Penalty of Perjury for Non-Individual Debtors**