UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) |
| ASHLEY MARIE GJOVIK, | ) CHAPTER 7 |
| | ) CASE NO. 25-11496-CJP |
| Debtor | ) |

**NOTICE OF CHAPTER 7 TRUSTEE'S INTENT TO ABANDON CLAIMS**
**(All Claims Listed in Amended Schedules filed on February 13, 2026)**

TO THE UNITED STATES TRUSTEE AND ALL OTHER PARTIES IN INTEREST:

PLEASE TAKE NOTICE that, pursuant to Section 554(a) of the United States Bankruptcy Code, Bankruptcy Rule 6007(a) and MLBR 6007-1, Mark G. DeGiacomo (the "Trustee"), the duly appointed Chapter 7 Trustee of the bankruptcy estate of Ashley Marie Gjovick (the "Debtor") intends to abandon his interest in all claims the Debtor has listed in the amended schedules she filed on February 13, 2026 [Doc. #57] (the "Claims"). The Trustee has determined that the Claims have no value or benefit to the Debtor's bankruptcy estate. The Trustee will abandon these Claims unless a creditor or other party in interest files a written objection to the proposed abandonment with the Clerk's Office of the United States Bankruptcy Court, John W. McCormack Courthouse and Post Office, 5 Post Office Square, Boston, MA 02109, and serves a copy of such objection on the undersigned within fourteen (14) days of the mailing of this notice. Objections not timely filed and served may be deemed waived.

In support of this Notice, the Trustee states as follows:

1. On July 21, 2025, Ashley Marie Gjovik (the "Debtor") filed a voluntary petition pursuant to Chapter 7 of the Bankruptcy Code (the Petition Date").

2. On July 22, 2025, the Trustee was appointed as the Chapter 7 Trustee of this bankruptcy estate.

4927-2083-4196\.v1

3. On September 15, 2025, the Debtor filed her "Amended CH. 7 Petition, Forms, and Schedules [Doc. #31] (the "September 2025 Amended Schedules").

4. The September 2025 Amended Schedules included claims the Debtor has asserted or believed she could assert against many individuals and entities (the "Original Claims").

5. Among the Original Claims are certain claims which were the subject of the following previously filed Notices of Abandonment: claims against Seeratt Dutt and Alex Matses (see Doc. #25) and claims against Roy Payne, 18 Worcester Homeowners Association, and Charles Construction (see Doc. #40).

6. On October 24, 2025, the Trustee filed a Notice of Abandonment of the Original Claims. No objection was filed to that Notice of Abandonment so the Original Claims were deemed abandoned on November 8, 2025.

7. On February 13, 2026, the Debtor filed another amendment to her Schedules which primarily includes expansions of the Original Claims (the "February 2026 Amended Schedules").

8. The Trustee has reviewed the descriptions of the Claims contained in the February 2026 Amended Schedules.

9. Based on this review, and considering all relevant factors, the Trustee believes that all of the Claims listed in the February 2026 Amended Schedules have no value to the bankruptcy estate.

If no objection to this Notice is timely filed, all of the Claims listed in the February 2026 Amended Schedules will be deemed abandoned. If an objection to this Notice is timely filed by a creditor or other party in interest, the Bankruptcy Court will schedule a hearing in connection therewith. In the event that a hearing is scheduled in connection with the proposed abandonment of the Claims, creditors and other parties in interest will receive notice of such hearing as the Court may direct.

                MARK G. DEGIACOMO, CHAPTER 7
                TRUSTEE OF THE BANKRUPTCY ESTATE OF
                ASHLEY MARIE GJOVIK,

                By his attorneys,

                */s/ Mark G. DeGiacomo*
                Mark G. DeGiacomo, Esq. BBO #118170
                Harris Beach Murtha Cullina PLLC
                33 Arch Street, 12th Floor
                Boston, MA  02110
                617-457-4000 Telephone
                617-482-3868 Facsimile
                mdegiacomo@harrisbeachmurtha.com

Dated: March 6, 2026

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| ASHLEY MARIE GJOVIK, ) | CHAPTER 7 |
| ) | CASE NO. 25-11496-CJP |
| Debtor ) | |

**CERTIFICATE OF SERVICE**

I, Mark G. DeGiacomo, hereby certify that on the 6th day of March, 2026, I served a copy of the *Notice of Chapter 7 Trustee's Intent to Abandon Claims (All Claims Listed in Amended Schedules filed on February 13, 2026)*, via first-class mail, postage prepaid, ECF Transmission or by electronic mail upon the parties listed on the attached Service List.

/s/ Mark G. DeGiacomo
Mark G. DeGiacomo, Esq. BBO #118170
Harris Beach Murtha Cullina PLLC
33 Arch Street, 12th Floor
Boston, MA 02110
617-457-4000 Telephone
617-482-3868 Facsimile
mdegiacomo@harrisbeachmurtha.com

4919-2362-0500\.v1

Richard King, Asst. U.S. Trustee*
Office of the US Trustee
J.W. McCormack P.O. & Courthouse
5 Post Office Sq., 10th Fl, Suite 1000
Boston, MA  02109

Ashley Marie Gjovik
18 Worcester Square, Apt. 1
Boston, MA 02118

Andrew M. Troop, Esq.*
(Counsel to Apple Inc.)
Pillsbury Winthrop Shaw Pittman LLP
31 West 52nd Street
New York, NY 10019

Reed Trechter, Esq.
(Counsel to Apple Inc.)
Pillsbury Winthrop Shaw Pittman LLP
609 Main Street, Suite 2000
Houston, MA 77002

Apple Inc
Attention; Apple Payment Services
10355 N. De Anza Blvd
Cupertino, CA 95014

Bank of America
Attention; Billing/Insolvency
PO Box 672050
Dallas, TX 75267

Boston Medical
Attention: Billing/Insolvency
One Boston Medical Center Place
Boston, MA 02118

Goldman Sachs Bank USA
Salt Lake City Branch
Lockbox 6112, P.O. Box 7247
Philadelphia, PA 19170

JPMorgan Chase Bank, N.A.
Mail Code LA4-7100
Monroe, LA 71203

U.S. Department of Education
Attention: Bankruptcy Discharge
400 Maryland Avenue, SW
Washington, DC 20202

Aidvantage on behalf of The
Department of Education
PO Box 300001
Greenville, TX 75403

Tremont Dental Care
Attention: Billing/Insolvency
635 Tremont St.
Boston, MA 02118

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o National Bankruptcy Services, LLC
P.O. Box 9013
Addison, TX 75001

Bank of America, N.A.
P.O. Box 673033
Dallas, TX 75267-3033

***served by ECF transmission**