**Ashley M. Gjøvik, JD**
*In Propria Persona*
(415) 964-6272
ashleymgjovik@protonmail.com
Boston, MA

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF MASSACHUSETTS

CHAPTER 7 CASE NO: 25–11496

IN RE:

ESTATE OF
ASHLEY M. GJOVIK,

JUDGE CHRISTOPHER J. PANOS

DEBTOR'S PROOF AND
CERTIFICATION OF SERVICE
FOR MOTION AND HEARING
FOR SANCTIONS AGAINST
APPLE INC. (DKT. 58, 59).

# DECLARATION WITH PROOF OF SERVICE

Pursuant to 28 U.S.C.§ 1746, I, Ashley M. Gjovik, hereby declare as follows:

1.      I filed a Motion for Sanctions against Creditor Apple Inc on Feb. 20 2026 for a willful violation of the stay.

2.      I served Apple notice of this motion via USPS mail, electronic service, and e-filing. True and correct copies are attached as Exhibit A.

3.      On March 3 2026, I received notice of a Hearing on April 2 2026 in response to my Motion for Sanctions against Creditor Apple.

4.      I served Apple notice of this motion via USPS mail, electronic service, and e-filing. True and correct copies are attached as Exhibit B.

5.      I declare under penalty of perjury under the laws of the United States of America, and in compliance with Fed.R.Bankr.P. Rule 9011, that the foregoing is true and correct.

Executed on March 7 2026 in San Jose, California.

Respectfully submitted,

/s/ Ashley M. Gjovik
**Ashley Gjovik (Plaintiff/*In Propria Persona*)**
Filed March 7 2026 in San José, California
(415) 964-6272
ashleymgjovik@protonmail.com
2108 N. St. Ste. 4553, Sacramento, CA 95816

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing will be served upon parties (Apple and the Trustee) via the Court's electronic filing system (when the pro se clerk posts it).

## EXHIBITS

# EXHIBIT A

# Activity in Case 3:23-cv-04597-EMC Gjovik v. Apple Inc. Notice (Other)

From    ECF-CAND@cand.uscourts.gov <ECF-CAND@cand.uscourts.gov>

To      efiling@cand.uscourts.gov

Date    Friday, February 20th, 2026 at 3:23 AM

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court

### California Northern District

## Notice of Electronic Filing

The following transaction was entered on 2/20/2026 at 3:22 AM PST and filed on 2/20/2026

| | |
|---|---|
| **Case Name:** | Gjovik v. Apple Inc. |
| **Case Number:** | 3:23-cv-04597-EMC |
| **Filer:** | Ashley M Gjovik |
| **Document Number:** | 286 |

**Docket Text:**

**NOTICE by Ashley M Gjovik *Notice of Pendency: Motion for Sanctions against Apple Inc filed in Ch. 7 Bankruptcy Case 25-11496 for the Disputed Creditor's Willful Violation of the Stay (Creditor No. 21011446)* (Gjovik, Ashley) (Filed on 2/20/2026)**

**3:23-cv-04597-EMC Notice has been electronically mailed to:**

Ashley M Gjovik      ashleymgjovik@protonmail.com

Jessica Perry      jperry@orrick.com, tmcbride@orrick.com

Kathryn Grzenczyk Mantoan      kmantoan@orrick.com, vmorse@orrick.com

Melinda S. Riechert      mriechert@orrick.com, jromero@orrick.com

Ryan Booms      rbooms@orrick.com

**3:23-cv-04597-EMC Please see Local Rule 5-5; Notice has NOT been electronically mailed to:**

The following document(s) are associated with this transaction.

**Document description:** Main Document
**Original filename:** C:\fakepath\Gjovik v Apple - NOP 20260219.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=2/20/2026] [FileNumber=23276630-0]
[46dcab2ed593bef8441180015afbff6159f92f1a5c8454bccf9869a7766792573bf1
4c6a7f9756992efcf3e6b96d222be816dfe30685fef1034d77a47f4f9e08]]

# USPS Tracking®

FAQs ›

Tracking Number:                                              Remove ✕

## 9410830109355008375261

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item has been delivered and is available at a PO Box at 6:41 am on February 25, 2026 in GLENDALE, CA 91209.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

### Delivered

Delivered, PO Box
GLENDALE, CA 91209
February 25, 2026, 6:41 am

Out for Delivery
GLENDALE, CA 91203
February 25, 2026, 6:19 am

Arrived at Post Office
GLENDALE, CA 91209
February 25, 2026, 6:08 am

Arrived at USPS Facility
GLENDALE, CA 91209
February 25, 2026, 4:39 am

Arrived at USPS Facility
GLENDALE, CA 91205
February 25, 2026, 4:26 am

Departed USPS Regional Facility

SANTA CLARITA CA DISTRIBUTION CENTER

February 25, 2026, 3:47 am

Arrived at USPS Regional Facility

SANTA CLARITA CA DISTRIBUTION CENTER
February 24, 2026, 1:51 pm

In Transit to Next Facility

February 24, 2026, 10:38 am

In Transit to Next Facility

February 24, 2026, 5:29 am

Departed USPS Regional Facility

SAN FRANCISCO CA DISTRIBUTION CENTER
February 24, 2026, 4:51 am

Arrived at USPS Regional Facility

SAN FRANCISCO CA DISTRIBUTION CENTER
February 23, 2026, 9:54 pm

Departed USPS Regional Facility

SAN JOSE CA DISTRIBUTION CENTER
February 23, 2026, 8:45 pm

Arrived at USPS Regional Origin Facility

SAN JOSE CA DISTRIBUTION CENTER
February 23, 2026, 5:49 pm

Departed Post Office

ALVISO, CA 95002
February 23, 2026, 4:16 pm

USPS in possession of item

ALVISO, CA 95002
February 23, 2026, 3:49 pm

Shipping Label Created, USPS Awaiting Item

SACRAMENTO, CA 95816
February 23, 2026, 2:10 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?** **(https://faq.usps.com/s/article/Where-is-my-package)**

## Text & Email Updates ⌄

## Proof of Delivery ⌄

## USPS Tracking Plus® ⌄

## Product Information ⌃

**Postal Product:** Priority Mail®

**Features:**
Signature Confirmation™
Up to $100 insurance included. Restrictions Apply ⓘ

Signed for By: J DLR  //
GLENDALE,  CA  91209 //  6:41 am

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

**UNITED STATES POSTAL SERVICE**

March 3, 2026

Dear Ashley Gjovik:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9410 8301 0935 5008 3752 61**.

| Item Details | |
|---|---|
| **Status:** | Delivered, PO Box |
| **Status Date / Time:** | February 25, 2026, 6:41 am |
| **Location:** | GLENDALE, CA 91209 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Signature Confirmation™ |
| | Up to $100 insurance included |
| **Actual Recipient Name:** | J DLR |

Note: Actual Recipient Name may vary if the intended recipient is not available at the time of delivery.

| Shipment Details | |
|---|---|
| **Weight:** | 1lb, 0.0oz |

| Recipient Signature |
|---|



Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



 *Cut on dotted line.*

## Instructions

1. Please use a laser or laser-quality printer.

2. Adhere shipping label to package with tape or glue - DO NOT TAPE OVER BARCODE. Be sure all edges are secure. Self-adhesive label is recommended.

3. Place label so that it does not wrap around the edge of the package.

4. Each shipping label number is unique and can be used only once - DO NOT PHOTOCOPY.

5. Please use this shipping label on the "ship date" selected when you requested the label.

6. If a mailing receipt is required, present the article and Online e-Label Record at a Post Office for postmark.

---

**9410 8301 0935 5008 3752 61**

| Print Date: **2026-02-23** | PRIORITY MAIL® | $10.30 |
|---|---|---|
| Ship Date: **2026-02-23** | Extra Services: | $3.95 |
| | Fees: | $0.00 |
| | Total: | $14.25 |

**From:** ASHLEY GJOVIK
2108 N ST PMB 4553
SACRAMENTO CA 95816-5712

**To:** APPLE INC. VIA C T CORPORATION SYSTEM
STE 700
330 N BRAND BLVD
GLENDALE CA 91203-2336

* Commercial Pricing PRIORITY MAIL® rates apply. There is no fee for USPS Tracking® service on PRIORITY MAIL® service with use of this electronic rate shipping label. Refunds for unused postage paid labels can be requested online 30 days from the print date.

---

**UNITED STATES POSTAL SERVICE®** *Thank you for shipping with the United States Postal Service!*
*Check the status of your shipment on the USPS Tracking® page at usps.com*

# EXHIBIT B

## Activity in Case 3:23-cv-04597-EMC Gjovik v. Apple Inc. Notice (Other)

| | |
|---|---|
| From | ECF-CAND@cand.uscourts.gov <ECF-CAND@cand.uscourts.gov> |
| To | efiling@cand.uscourts.gov |
| Date | Tuesday, March 3rd, 2026 at 12:56 PM |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court

### California Northern District

### Notice of Electronic Filing

The following transaction was entered on 3/3/2026 at 12:56 PM PST and filed on 3/3/2026

| | |
|---|---|
| **Case Name:** | Gjovik v. Apple Inc. |
| **Case Number:** | 3:23-cv-04597-EMC |
| **Filer:** | Ashley M Gjovik |
| **Document Number:** | 299 |

**Docket Text:**

**NOTICE by Ashley M Gjovik** *PLAINTIFF'S NOTICE OF PENDENCY: FEDERAL COURT HEARING SCHEDULED FOR APRIL 2 2026 AT THE BANKRUPTCY COURT IN THE DISTRICT OF MASSACHUSETTS (25-11496) RE: PLAINTIFF ASHLEY GJOVIK'S MOTION FOR SANCTIONS AGAINST CREDITOR APPLE INC (FEB. 20 2026, DKT. 286, 3:23-cv-04597)* **(Gjovik, Ashley) (Filed on 3/3/2026)**

**3:23-cv-04597-EMC Notice has been electronically mailed to:**

Ashley M Gjovik      ashleymgjovik@protonmail.com

Jessica Perry      jperry@orrick.com, tmcbride@orrick.com

Kathryn Grzenczyk Mantoan      kmantoan@orrick.com, vmorse@orrick.com

Melinda S. Riechert      mriechert@orrick.com, jromero@orrick.com

Ryan Booms      rbooms@orrick.com

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Glendale, CA 91203

Certified Mail Fee    $5.30

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $0.00
☐ Return Receipt (electronic)      $0.00
☐ Certified Mail Restricted Delivery $0.00
☐ Adult Signature Required          $0.00
☐ Adult Signature Restricted Delivery $0.00

Postage    $11.95

Total Postage and Fees    $17.25

Sent To    CT CORP SYSTEM (Apple)
Street and Apt. No., or PO Box No.    330 N BRAND BLVD
City, State, ZIP+4®    GLENDALE CA 91203

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

New York, NY 10019

Certified Mail Fee    $5.30

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $0.00
☐ Return Receipt (electronic)      $0.00
☐ Certified Mail Restricted Delivery $0.00
☐ Adult Signature Required          $0.00
☐ Adult Signature Restricted Delivery $0.00

Postage    $11.95

Total Postage and Fees    $17.25

Sent To    Andrew Troop (for Apple)
Street and Apt. No., or PO Box No.    31 WEST 52ND ST
City, State, ZIP+4®    NEW YORK, NY 10019

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Boston, MA 02110

Certified Mail Fee    $5.30

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $0.00
☐ Return Receipt (electronic)      $0.00
☐ Certified Mail Restricted Delivery $0.00
☐ Adult Signature Required          $0.00
☐ Adult Signature Restricted Delivery $0.00

Postage    $11.95

Total Postage and Fees    $17.25

Sent To    MARK DEGIACOMO (MAB)
Street and Apt. No., or PO Box No.    33 ARCH ST. 12TH FL
City, State, ZIP+4®    BOSTON MA 02110

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Menlo Park, CA 94025

Certified Mail Fee    $5.30

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $0.00
☐ Return Receipt (electronic)      $0.00
☐ Certified Mail Restricted Delivery $0.00
☐ Adult Signature Required          $0.00
☐ Adult Signature Restricted Delivery $0.00

Postage    $11.95

Total Postage and Fees    $17.25

Sent To    MELINDA RIECHERT (APPLE)
Street and Apt. No., or PO Box No.    1000 MARSH RD
City, State, ZIP+4®    MENLO PARK CA 94025

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

# USPS Tracking®

FAQs >

Tracking Number:

Remove ✕

## 9589071052703453453017

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was picked up at the post office at 11:10 am on March 5, 2026 in GLENDALE, CA 91209.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

### Delivered

Delivered, Individual Picked Up at Post Office
GLENDALE, CA 91209
March 5, 2026, 11:10 am

Out for Delivery
GLENDALE, CA 91203
March 5, 2026, 7:55 am

Arrived at Post Office
GLENDALE, CA 91205
March 5, 2026, 7:44 am

Arrived at USPS Facility
GLENDALE, CA 91209
March 5, 2026, 6:58 am

Arrived at USPS Facility
GLENDALE, CA 91205
March 5, 2026, 6:46 am

Departed USPS Regional Facility

SANTA CLARITA CA DISTRIBUTION CENTER

March 5, 2026, 5:54 am

Arrived at USPS Regional Facility

SANTA CLARITA CA DISTRIBUTION CENTER

March 4, 2026, 11:54 am

In Transit to Next Facility

March 4, 2026, 9:37 am

In Transit to Next Facility

March 4, 2026, 6:17 am

Departed USPS Regional Facility

SAN FRANCISCO CA DISTRIBUTION CENTER

March 4, 2026, 5:28 am

Arrived at USPS Regional Facility

SAN FRANCISCO CA DISTRIBUTION CENTER

March 3, 2026, 10:53 pm

Departed USPS Regional Facility

SAN JOSE CA DISTRIBUTION CENTER

March 3, 2026, 9:29 pm

Arrived at USPS Regional Origin Facility

SAN JOSE CA DISTRIBUTION CENTER

March 3, 2026, 7:16 pm

Departed Post Office

ALVISO, CA 95002

March 3, 2026, 4:21 pm

USPS in possession of item

ALVISO, CA 95002

March 3, 2026, 2:11 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates**                                                              ⌄

# USPS Tracking®

FAQs >

Tracking Number:

Remove ✕

## 9589071052703453452997

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item has been delivered to an agent. The item was picked up at USPS at 8:34 am on March 4, 2026 in MENLO PARK, CA 94025.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

● **Delivered to Agent**
Delivered to Agent, Picked up at USPS
MENLO PARK, CA 94025
March 4, 2026, 8:34 am

● Out for Delivery
MENLO PARK, CA 94025
March 4, 2026, 7:13 am

● Arrived at Post Office
MENLO PARK, CA 94025
March 4, 2026, 7:02 am

● Arrived at USPS Facility
MENLO PARK, CA 94025
March 4, 2026, 6:17 am

● Departed USPS Regional Facility
SAN FRANCISCO CA DISTRIBUTION CENTER
March 4, 2026, 5:30 am

● Arrived at USPS Regional Facility

SAN FRANCISCO CA DISTRIBUTION CENTER
March 4, 2026, 12:06 am

In Transit to Next Facility
March 3, 2026, 11:26 pm

Departed USPS Regional Facility
SAN JOSE CA DISTRIBUTION CENTER
March 3, 2026, 10:58 pm

Arrived at USPS Regional Origin Facility
SAN JOSE CA DISTRIBUTION CENTER
March 3, 2026, 7:15 pm

Departed Post Office
ALVISO, CA 95002
March 3, 2026, 4:21 pm

USPS in possession of item
ALVISO, CA 95002
March 3, 2026, 2:12 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?** **(https://faq.usps.com/s/article/Where-is-my-package)**

**Text & Email Updates**                                                                    ⌄

**USPS Tracking Plus®**                                                                       ⌄

**Product Information**                                                                       ⌃

**Postal Product:**                    **Features:**
Priority Mail®                         Certified Mail™
                                       Up to $100 insurance included. Restrictions Apply  ⓘ

**See Less** ⌃

# USPS Tracking®

FAQs >

Tracking Number:                                                    Remove ✕

## 9589071052703453453048

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 5:01 pm on March 5, 2026 in NEW YORK, NY 10019.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

### Delivered
Delivered, Front Desk/Reception/Mail Room
NEW YORK, NY 10019
March 5, 2026, 5:01 pm

Out for Delivery
NEW YORK, NY 10019
March 5, 2026, 8:35 am

Arrived at Post Office
NEW YORK, NY 10019
March 5, 2026, 8:24 am

Arrived at USPS Facility
NEW YORK, NY 10019
March 5, 2026, 6:13 am

Departed USPS Regional Facility
NEW YORK NY DISTRIBUTION CENTER
March 5, 2026, 5:58 am

Arrived at USPS Regional Destination Facility

NEW YORK NY DISTRIBUTION CENTER
March 5, 2026, 12:42 am

In Transit to Next Facility
March 4, 2026

Arrived at USPS Regional Origin Facility
SAN JOSE CA DISTRIBUTION CENTER
March 3, 2026, 7:16 pm

Departed Post Office
ALVISO, CA 95002
March 3, 2026, 4:21 pm

USPS in possession of item
ALVISO, CA 95002
March 3, 2026, 2:10 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates**                                                            ⌄

**USPS Tracking Plus®**                                                              ⌄

**Product Information**                                                              ⌃

**Postal Product:**                    **Features:**
Priority Mail®                         Certified Mail™
                                       Up to $100 insurance included. Restrictions Apply ⓘ

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

# USPS Tracking®

FAQs ›

Tracking Number:                                                              Remove ✕

## 9589071052703453453031

Copy         Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item departed our USPS facility in KANSAS CITY KS DISTRIBUTION CENTER on March 6, 2026 at
11:31 am. The item is currently in transit to the destination.

**Get More Out of USPS Tracking:**

   **USPS Tracking Plus®**

   Delivered

   Out for Delivery

   Preparing for Delivery

## Moving Through Network
   Departed USPS Regional Facility

   KANSAS CITY KS DISTRIBUTION CENTER
   March 6, 2026, 11:31 am

   Arrived at USPS Regional Facility

   KANSAS CITY KS DISTRIBUTION CENTER
   March 5, 2026, 11:43 am

   In Transit to Next Facility

   March 4, 2026

   Arrived at USPS Regional Origin Facility

   SAN JOSE CA DISTRIBUTION CENTER
   March 3, 2026, 7:15 pm

Departed Post Office
ALVISO, CA 95002
March 3, 2026, 4:21 pm

USPS in possession of item
ALVISO, CA 95002
March 3, 2026, 2:09 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

| Text & Email Updates | ∨ |
|---|---|

| USPS Tracking Plus® | ∨ |
|---|---|

| Product Information | ∧ |
|---|---|

**Postal Product:**
Priority Mail®

**Features:**
Certified Mail™
Up to $100 insurance included. Restrictions Apply ⓘ

**See Less** ∧

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**