**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**(Eastern Division)**

| | |
|---|---|
| In re: | **Chapter 7** |
| **ASHLEY M. GJOVIK** | **Case No.** 25-11496-CJP |
| Debtor. | |

### DEBTOR'S MOTION TO CORRECT EMAIL ADDRESS ON THE CASE RECORD

The Debtor, Ashley Gjovik, (the "Debtor"), respectfully requests the Clerk to correct the Debtor's email address as reflected in the Court's case record, and in support states as follows:

1.  The Debtor commenced this case by filing a voluntary petition under Chapter 7 of the Bankruptcy Code on July 21, 2025.

2.  The email address for the Debtor presently reflected in the Court's case record contains a typographical error and is incorrect, reading "ashleymgovok@protonmail.com". See Exhibit A.

3.  The Debtor's correct email address is set forth on page 9 of the voluntary petition, filed as Docket No. 1 in this case, and is "ashleymgjovik@protonmail.com". See Exhibit B.

The correction sought is clerical in nature. It does not affect any substantive right of any party and will ensure that the Debtor timely receives notices and other communications during this proceeding and after this proceeding concludes.

**WHEREFORE**, the Debtor respectfully requests the Clerk to correct the Debtor's email address in the case record to conform to the address set forth on page 9 of the voluntary petition (Docket No. 1).

Dated: June 1, 2026

Respectfully submitted,

Ashley Gjovik

**/s/ Ashley M. Gjovik**
Ashley Gjovik (*pro se*)
Filed June 1 2026 in San José, California
(415) 964-6272
ashleymgjovik@protonmail.com
2108 N. St. Ste. 4553, Sacramento, CA 95816

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing will be served upon the Court and Trustee via the Court's electronic filing system (when the pro se clerk posts it).

**/s/ Ashley M. Gjovik**
**Party**: Ashley Gjovik (*pro se*)
**Dated**: June 1 2026

## <u>EXHIBIT A</u>

Ashley Marie Gjovik
2108 N. St, Ste 4553
Sacramento, CA 95816
415-964-6272
ashleymgovok@protonmail.com
SSN / ITIN: xxx-xx-2419
*Added: 07/21/2025*
(Debtor)
PRO SE

The above screenshot is from: PACER "Parties" tab for cases 25-11496 & 25-01104.

## <u>EXHIBIT B</u>

The above screenshot was taken from the Petition for bankruptcy filed at Dkt. 1, page 9, in case 25-11496.