**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re:<br>Ashley Marie Gjovik<br><br>Debtor(s) | Chapter 7<br>25-11496-CJP |

## ORDER

**MATTER:**
#71 Motion filed by Debtor Ashley Marie Gjovik for Entry of Discharge and to Close Ch. 7 Case No. 25-11496.

GRANTED IN PART AS FOLLOWS. DISCHARGE WILL ENTER. THE CASE WILL BE CLOSED IN THE ORDINARY COURSE.

Dated: 09/25/2026

By the Court,

Christopher J. Panos
United States Bankruptcy Judge