United States Bankruptcy Court

District of Massachusetts

In re: Case No. 25-11496-cjp
Ashley Marie Gjovik Chapter 7
Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0101-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 25, 2026 | Form ID: 318 | Total Noticed: 16 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 27, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ashley Marie Gjovik, 2108 N. St, Ste 4553, Sacramento, CA 95816-5712 |
| acc | + | Verdolino & Lowey P.C., 124 Washington St., Foxborough, MA 02035-1368 |
| 21011446 | + | Apple Inc, Attention; Apple Payment Services, 10355 N. De Anza Blvd, Cupertino, CA 95014-2027 |
| 21011447 | + | Boston Medical, Attention: Billing/Insolvency, One Boston Medical Center Place, Boston, MA 02118-2908 |
| 21011443 | | JPMorgan Chase Bank, N.A., Mail Code LA4-7100, Monroe, LA 71203 |
| 21011448 | + | Tremont Dental Care, Attention: Billing/Insolvency, 635 Tremont St., Boston, MA 02118-1346 |
| 21022503 | + | Tremont Dental Care, Inc., 635 Tremont St., Boston, MA 02118-1346 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: EOL-EMT-EBN@mass.gov | Sep 25 2026 23:21:00 | CHIEF COUNSEL, LEGAL DEPARTMENT, DEPARTMENT OF UNEMPLOYMENT ASSISTANCE, COMMONWEALTH OF MASSACHUSETTS, 19 STANIFORD STREET,1ST FLOOR, BOSTON, MA 02114-2502 |
| smg | | EDI: MASSDOR | Sep 26 2026 03:19:00 | MASS DEPT OF REVENUE, BANKRUPTCY UNIT, PO BOX 9564, BOSTON, MA 02114-9564 |
| 21021127 | + | EDI: MAXMSAIDV | Sep 26 2026 03:19:00 | Aidvantage on behalf of: The Department of Educati, PO Box 300001, Greenville, TX 75403-3001 |
| 21011449 | + | EDI: MAXMSAIDV | Sep 26 2026 03:19:00 | Aidvantage- U.S. Department of Education, Attention: Bankruptcy Discharge, P.O. Box 9635, Wilkes-Barre, PA 18773-9635 |
| 21011444 | + | EDI: BANKAMER | Sep 26 2026 03:19:00 | Bank of America, Attention; Billing/Insolvency, PO Box 672050, Dallas, TX 75267-2050 |
| 21042895 | | EDI: BANKAMER | Sep 26 2026 03:19:00 | Bank of America, N.A., PO Box 673033, DALLAS, TX 75267-3033 |
| 21011445 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Sep 25 2026 23:21:00 | Goldman Sachs Bank USA, Salt Lake City Branch, Lockbox 6112, P.O. Box 7247, Philadelphia, PA 19170-0001 |
| 21029977 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Sep 25 2026 23:21:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 21011451 | + | Email/Text: edbknotices@ecmc.org | Sep 25 2026 23:21:00 | U.S. Department of Education, Attention: Bankruptcy Discharge, 400 Maryland Avenue, SW, Washington, DC 20202-0001 |

TOTAL: 9

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 21029979 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 25, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew M. Troop | on behalf of Creditor Apple Inc. andrew.troop@pillsburylaw.com nydocket@pillsburylaw.com |
| Brendan T. Mockler | on behalf of Defendant U.S. Department of Education Maximus d.b.a. Aidvantage bmockler@nbtc.com USAMA.bankruptcy@usdoj.gov |
| Mark G. DeGiacomo | on behalf of Trustee Mark G. DeGiacomo mdegiacomo@harrisbeachmurtha.com lmulvehill@harrisbeachmurtha.com |
| Mark G. DeGiacomo | mdegiacomo@harrisbeachmurtha.com MA42@ecfcbis.com;jbabula@harrisbeachmurtha.com;lmulvehill@harrisbeachmurtha.com |
| Reed Trechter | on behalf of Creditor Apple Inc. reed.trechter@pillsburylaw.com |
| Richard King - B | USTPRegion01.BO.ECF@USDOJ.GOV |
| Stephanie Sprague | on behalf of Defendant U.S. Department of Education Maximus d.b.a. Aidvantage Stephanie.Sprague@huschblackwell.com docket.wdc@huschblackwell.com |

TOTAL: 7

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Ashley Marie Gjovik<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–2419 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of Massachusetts | | |
| Case number: | 25–11496 | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Ashley Marie Gjovik
aka Ashley Marie Henderson

9/25/26

**By the court:** Christopher J. Panos
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;
- debts for most student loans;
- debts for most taxes;
- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- some debts which the debtors did not properly list;
- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**