United States Bankruptcy Court

District of Massachusetts

In re:
Ashley Marie Gjovik
Debtor

Case No. 25-11496-cjp
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0101-1 | User: admin | Page 1 of 2
Date Rcvd: Sep 25, 2026 | Form ID: pdf012 | Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 27, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ashley Marie Gjovik, 2108 N. St, Ste 4553, Sacramento, CA 95816-5712 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 25, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew M. Troop | on behalf of Creditor Apple Inc. andrew.troop@pillsburylaw.com nydocket@pillsburylaw.com |
| Brendan T. Mockler | on behalf of Defendant U.S. Department of Education Maximus d.b.a. Aidvantage bmockler@nbtc.com USAMA.bankruptcy@usdoj.gov |
| Mark G. DeGiacomo | on behalf of Trustee Mark G. DeGiacomo mdegiacomo@harrisbeachmurtha.com lmulvehill@harrisbeachmurtha.com |
| Mark G. DeGiacomo | mdegiacomo@harrisbeachmurtha.com MA42@ecfcbis.com;jbabula@harrisbeachmurtha.com;lmulvehill@harrisbeachmurtha.com |
| Reed Trechter | on behalf of Creditor Apple Inc. reed.trechter@pillsburylaw.com |

| | |
|---|---|
| Richard King - B | USTPRegion01.BO.ECF@USDOJ.GOV |
| Stephanie Sprague | on behalf of Defendant U.S. Department of Education Maximus d.b.a. Aidvantage Stephanie.Sprague@huschblackwell.com docket.wdc@huschblackwell.com |

TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

In re:
Ashley Marie Gjovik

Debtor(s)

Chapter 7
25-11496-CJP

## ORDER

**MATTER:**
#71 Motion filed by Debtor Ashley Marie Gjovik for Entry of Discharge and to Close Ch. 7 Case No. 25-11496.

GRANTED IN PART AS FOLLOWS. DISCHARGE WILL ENTER. THE CASE WILL BE CLOSED IN THE ORDINARY COURSE.

Dated: 09/25/2026

By the Court,

Christopher J. Panos
United States Bankruptcy Judge